# EXHIBIT D

```
TR0423P                          LUCAS COUNTY REAL ESTATE                           TUE, MAR 24, 2015, 2:46 PM
PRO #                          REPORT FOR KIDZ REAL ESTATE                                           PAGE: 1
K318
            PARCEL NO   LOAN ACCOUNT    PRO NUMBER
                                        BALANCE    COLLECTED    OWNERS NAME                  PROPERTY ADDRESS
```

| PARCEL NO | BALANCE | COLLECTED | OWNERS NAME | PROPERTY ADDRESS |
|---|---|---|---|---|
| 09-53761   | 8,532.87 | .00 | KIDZ REAL ESTATE GROUP, LLL | 1270 SLATER ST |
| 09-852211  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 101 |
| 09-852212  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 102 |
| 09-852213  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 103 |
| 09-852214  | 677.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 104 |
| 09-852215  | 522.40   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 201 |
| 09-852216  | 865.29   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 202 |
| 09-852217  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 203 |
| 09-852218  | 677.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1233 CRIBB ST APT 204 |
| 09-852219  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 101 |
| 09-852220  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 102 |
| 09-852221  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 103 |
| 09-852222  | 677.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 104 |
| 09-852223  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 201 |
| 09-852224  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 202 |
| 09-852225  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 203 |
| 09-852226  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1239 CRIBB ST APT 204 |
| 09-852230  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 10 |
| 09-852231  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 10 |
| 09-852232  | 7,570.77 | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 10 |
| 09-852233  | 677.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 10 |
| 09-852234  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 20 |
| 09-852235  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 20 |
| 09-852236  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 20 |
| 09-852237  | 677.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4734 WILLYS PKWY APT 20 |
| 09-852238  | 827.17   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 10 |
| 09-852239  | 491.97   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 10 |
| 09-852240  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 10 |
| 09-852241  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 10 |
| 09-852242  | 677.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 20 |
| 09-852243  | 613.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 20 |
| 09-852244  | 705.24   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 20 |
| 09-852245  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 4728 WILLYS PKWY APT 20 |
| 09-852249  | 709.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 10 |
| 09-852250  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 10 |
| 09-852251  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 10 |
| 09-852252  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 10 |
| 09-852253  | 709.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 20 |
| 09-852254  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 20 |
| 09-852255  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 20 |
| 09-852256  | 842.43   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1268 SLATER ST APT 20 |
| 09-852257  | 491.97   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 10 |
| 09-852258  | 709.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 10 |
| 09-852259  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 10 |
| 09-852260  | 694.62   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 10 |
| 09-852261  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 20 |
| 09-852262  | 709.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 20 |
| 09-852263  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1266 SLATER ST APT 20 |
| 09-852267  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 10 |
| 09-852268  | 709.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 10 |
| 09-852269  | 491.97   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 10 |
| 09-852270  | 842.43   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 20 |
| 09-852271  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 20 |
| 09-852272  | 709.89   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 20 |
| 09-852273  | 533.07   | .00 | KIDZ REAL ESTATE GROUP, LLL | 1258 SLATER ST APT 20 |

```
PRO #                       LUCAS COUNTY REAL ESTATE
K318                        REPORT FOR KIDZ REAL ESTATE

PARCEL NO      LOAN ACCOUNT    PRO NUMBER    BALANCE    COLLECTED    OWNERS NAME                    PROPERTY ADDRESS
09-1-85274                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1258 SLATER ST APT 20
09-1-85275                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 10
09-1-85276                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 100
09-1-85277                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 11
09-1-85278                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 20
09-1-85279                                    842.43      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 200
09-1-85280                                    491.97      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 20
09-1-85281                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 20
09-1-85282                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1256 SLATER ST APT 20
09-1-85297                                    502.60      .00        KIDZ REAL ESTATE GROUP, LL     1240 SLATER ST APT 10
09-1-85298                                    865.29      .00        KIDZ REAL ESTATE GROUP, LL     1240 SLATER ST APT 10
09-1-85299                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1240 SLATER ST APT 100
09-1-85300                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1240 SLATER ST APT 200
09-1-85301                                  4,083.16      .00        KIDZ REAL ESTATE GROUP, LL     1240 SLATER ST APT 20
09-1-85302                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1240 SLATER ST APT 20
09-1-85303                                    491.97      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85304                                    842.43      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 100
09-1-85305                                    491.97      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85306                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85307                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85308                                    842.43      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 11
09-1-85309                                    491.97      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 100
09-1-85311                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85312                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1241 SLATER ST APT 20
09-1-85315                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1241 SLATER ST APT 100
09-1-85316                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1241 SLATER ST APT 20
09-1-85317                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1241 SLATER ST APT 20
09-1-85318                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1241 SLATER ST APT 20
09-1-85319                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 20
09-1-85320                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 10
09-1-85321                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 20
09-1-85322                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 20
09-1-85323                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 100
09-1-85324                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 20
09-1-85325                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1245 SLATER ST APT 20
09-1-85326                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85327                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 10
09-1-85328                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85329                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85330                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 100
09-1-85334                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85335                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85337                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 20
09-1-85338                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1234 SLATER ST APT 100
09-1-85339                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 20
09-1-85340                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 10
09-1-85342                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 20
09-1-85343                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 20
09-1-85344                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 100
09-1-85345                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 20
09-1-85346                                    694.62      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 20
09-1-85347                                    533.07      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 100
09-1-85348                                    709.89      .00        KIDZ REAL ESTATE GROUP, LL     1232 SLATER ST APT 20
```

Case: 1:15-cv-07852 Document #: 2-4 Filed: 09/04/15 Page 3 of 11 PageID #:86

```
TR0423P                        LUCAS COUNTY REAL ESTATE                    TUE, MAR 24, 2015  2:46 PM
PRO #                          REPORT FOR KIDZ REAL ESTATE                                PAGE:     3
K318
       PARCEL NO    LOAN ACCOUNT   PRO NUMBER
                                   BALANCE      COLLECTED   OWNERS NAME                PROPERTY ADDRESS
       09-853349                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1232  SLATER ST APT 20
       09-853350                      502.60         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853351                      865.29         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853352                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853353                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853354                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853355                      491.89         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853356                      491.97         .00    KIDZ REAL ESTATE GROUP, LL  4830  WILLYS PKWY APT
       09-853357                      842.43         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853358                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853359                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853360                      865.29         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853361                      502.60         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853362                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853363                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853364                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853365                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4824  WILLYS PKWY APT
       09-853370                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 101
       09-853371                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 102
       09-853372                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 103
       09-853373                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 104
       09-853374                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 201
       09-853375                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 202
       09-853376                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 203
       09-853377                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  1246  CRIBB ST APT 204
       09-853378                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 101
       09-853379                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 102
       09-853380                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 103
       09-853381                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 104
       09-853382                    1,853.94         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 201
       09-853383                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 202
       09-853384                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 203
       09-853385                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  1244  CRIBB ST APT 204
       09-853391                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4731  OVERLAND PKWY AP
       09-853392                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4731  OVERLAND PKWY AP
       09-853393                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  4731  OVERLAND PKWY AP
       09-853394                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4731  OVERLAND PKWY AP
       09-853395                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4731  OVERLAND PKWY AP
       09-853396                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4731  OVERLAND PKWY AP
       09-853397                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  4729  OVERLAND PKWY AP
       09-853398                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4729  OVERLAND PKWY AP
       09-853399                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4729  OVERLAND PKWY AP
       09-854400                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4729  OVERLAND PKWY AP
       09-854402                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854403                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854404                      694.62         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854405                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854406                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854407                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854408                      491.97         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854409                      842.43         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854411                      709.89         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
       09-854412                      533.07         .00    KIDZ REAL ESTATE GROUP, LL  4741  OVERLAND PKWY AP
```

```
TR0423P                                         TUE, MAR 24, 2015, 2:46 PM
PRO #          LUCAS COUNTY REAL ESTATE                          PAGE:   4
K318           REPORT FOR KIDZ REAL ESTATE
                             PRO NUMBER
PARCEL NO    LOAN ACCOUNT    BALANCE   COLLECTED   OWNERS NAME           PROPERTY ADDRESS
```

| PARCEL NO | BALANCE | COLLECTED | OWNERS NAME | PROPERTY ADDRESS |
|---|---|---|---|---|
| 09-185413 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4741 OVERLAND PKWY AP |
| 09-185414 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185415 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185416 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185417 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185418 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185419 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185420 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185421 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4743 OVERLAND PKWY AP |
| 09-185422 | 705.24 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 100 |
| 09-185423 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 100 |
| 09-185424 | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 100 |
| 09-185425 | 827.17 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 100 |
| 09-185426 | 705.24 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 200 |
| 09-185427 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 200 |
| 09-185428 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 200 |
| 09-185429 | 9,159.45 | .00 | KIDZ REAL ESTATE GROUP, LL | 14009 SLATER ST APT 200 |
| 09-185430 | 827.17 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 100 |
| 09-185431 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 100 |
| 09-185432 | 705.24 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 100 |
| 09-185433 | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 100 |
| 09-185434 | 827.17 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 100 |
| 09-185435 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 200 |
| 09-185436 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 200 |
| 09-185437 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 200 |
| 09-185438 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 14015 SLATER ST APT 200 |
| 09-185439 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 100 |
| 09-185440 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 100 |
| 09-185441 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 100 |
| 09-185442 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 100 |
| 09-185443 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 200 |
| 09-185444 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 200 |
| 09-185445 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 200 |
| 09-185446 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 13342 SLATER ST APT 200 |
| 09-185447 | 865.29 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 100 |
| 09-185448 | 502.60 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 100 |
| 09-185449 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 100 |
| 09-185450 | 865.29 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 100 |
| 09-185451 | 502.60 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 200 |
| 09-185452 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 200 |
| 09-185453 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 200 |
| 09-185454 | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 200 |
| 09-185455 | 842.43 | .00 | KIDZ REAL ESTATE GROUP, LL | 13338 SLATER ST APT 200 |
| 09-185456 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 48822 OVERLAND PKWY AP |
| 09-185457 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 48822 OVERLAND PKWY AP |
| 09-185458 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 48822 OVERLAND PKWY AP |
| 09-185459 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 48822 OVERLAND PKWY AP |
| 09-185460 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 48822 OVERLAND PKWY AP |
| 09-185461 | 842.43 | .00 | KIDZ REAL ESTATE GROUP, LL | 48822 OVERLAND PKWY AP |
| 09-185462 | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |
| 09-185463 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |
| 09-185464 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |
| 09-185465 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |
| 09-185466 | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |
| 09-185467 | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |
| 09-185468 | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 48816 OVERLAND PKWY AP |

TR0423P  
TUE, MAR 24, 2015, 2:46 PM  
PAGE: 5

LUCAS COUNTY REAL ESTATE  
REPORT FOR KIDZ REAL ESTATE

PRO # K318

| PARCEL NO | LOAN ACCOUNT | PRO NUMBER BALANCE | COLLECTED | OWNERS NAME | PROPERTY ADDRESS |
|---|---|---|---|---|---|
| 09-85469 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4816 OVERLAND PKWY AP |
| 09-85470 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85471 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85472 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85473 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85474 | | 502.60 | .00 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85475 | | 16,094.60 | .000 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85476 | | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 4870 OVERLAND PKWY AP |
| 09-85477 | | 842.43 | .00 | KIDZ REAL ESTATE GROUP, LL | 4864 OVERLAND PKWY AP |
| 09-85478 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4864 OVERLAND PKWY AP |
| 09-85479 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4864 OVERLAND PKWY AP |
| 09-85480 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4864 OVERLAND PKWY AP |
| 09-85481 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4864 OVERLAND PKWY AP |
| 09-85482 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4864 OVERLAND PKWY AP |
| 09-85483 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4811 OVERLAND PKWY AP |
| 09-85484 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4811 OVERLAND PKWY AP |
| 09-85485 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4811 OVERLAND PKWY AP |
| 09-85486 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4811 OVERLAND PKWY AP |
| 09-85487 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4811 OVERLAND PKWY AP |
| 09-85488 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4815 OVERLAND PKWY AP |
| 09-85489 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4815 OVERLAND PKWY AP |
| 09-85490 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4815 OVERLAND PKWY AP |
| 09-85491 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4815 OVERLAND PKWY AP |
| 09-85492 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4815 OVERLAND PKWY AP |
| 09-85493 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4833 OVERLAND PKWY AP |
| 09-85494 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4833 OVERLAND PKWY AP |
| 09-85495 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4833 OVERLAND PKWY AP |
| 09-85496 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4833 OVERLAND PKWY AP |
| 09-85497 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4833 OVERLAND PKWY AP |
| 09-85498 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85499 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85500 | | 705.24 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85501 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85502 | | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85503 | | 827.17 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85504 | | 705.24 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85505 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85506 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85507 | | 677.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85508 | | 827.17 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85509 | | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 4837 OVERLAND PKWY AP |
| 09-85510 | | 694.62 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85511 | | 705.24 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85512 | | 827.17 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85513 | | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85514 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85515 | | 709.89 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85516 | | 491.97 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85517 | | 842.43 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85518 | | 502.60 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85519 | | 865.29 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |
| 09-85520 | | 533.07 | .00 | KIDZ REAL ESTATE GROUP, LL | 4847 OVERLAND PKWY AP |



```
TR0423P                          LUCAS COUNTY REAL ESTATE                    TUE, MAR 24, 2015  2:46 PM
PRO #                            REPORT FOR KIDZ REAL ESTATE                              PAGE:   6
K318
           PRO NUMBER
PARCEL NO    LOAN ACCOUNT   BALANCE    COLLECTED   OWNERS NAME              PROPERTY ADDRESS
09-85525                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4847 OVERLAND PKWY AP
09-85526                     705.24       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85527                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85528                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85529                     677.89       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85530                     705.24       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85531                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85532                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4853 OVERLAND PKWY AP
09-85533                     677.89       .00      KIDZ REAL ESTATE GROUP, LL   4861 OVERLAND PKWY AP
09-85534                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4861 OVERLAND PKWY AP
09-85535                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4861 OVERLAND PKWY AP
09-85536                     705.24       .00      KIDZ REAL ESTATE GROUP, LL   4861 OVERLAND PKWY AP
09-85537                     677.89       .00      KIDZ REAL ESTATE GROUP, LL   4861 OVERLAND PKWY AP
09-85538                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4861 OVERLAND PKWY AP
09-85539                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4871 OVERLAND PKWY AP
09-85540                     705.24       .00      KIDZ REAL ESTATE GROUP, LL   4871 OVERLAND PKWY AP
09-85541                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4871 OVERLAND PKWY AP
09-85542                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4871 OVERLAND PKWY AP
09-85543                     709.89       .00      KIDZ REAL ESTATE GROUP, LL   4871 OVERLAND PKWY AP
09-85544                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4873 OVERLAND PKWY AP
09-85545                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4873 OVERLAND PKWY AP
09-85546                     502.60       .00      KIDZ REAL ESTATE GROUP, LL   4873 OVERLAND PKWY AP
09-85547                     865.29       .00      KIDZ REAL ESTATE GROUP, LL   4873 OVERLAND PKWY AP
09-85548                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4873 OVERLAND PKWY AP
09-85549                     842.43       .00      KIDZ REAL ESTATE GROUP, LL   4885 OVERLAND PKWY AP
09-85550                     491.97       .00      KIDZ REAL ESTATE GROUP, LL   4885 OVERLAND PKWY AP
09-85551                  16,190.18       .00      KIDZ REAL ESTATE GROUP, LL   4885 OVERLAND PKWY AP
09-85552                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4885 OVERLAND PKWY AP
09-85553                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85554                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85555                     709.89       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85557                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85558                     502.60       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85559                     865.29       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85560                     491.97       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85561                     842.43       .00      KIDZ REAL ESTATE GROUP, LL   4887 OVERLAND PKWY AP
09-85562                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85563                     709.89       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85565                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85566                     694.62       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85567                     842.43       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85568                     491.97       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85569                     709.89       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85570                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85571                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85572                     709.89       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85573                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85574                     491.97       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85576                     848.51       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85578                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85579                     709.89       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
09-85580                     533.07       .00      KIDZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
```

```
TR0423P                                    LUCAS COUNTY REAL ESTATE                           TUE, MAR 24, 2015, 2:46 PM
                                           REPORT FOR KIDZ REAL ESTATE                                     PAGE:  7
PRO #    PARCEL NO      LOAN ACCOUNT    PRO NUMBER                                        
K318                                    BALANCE    COLLECTED   OWNERS NAME                   PROPERTY ADDRESS
         09-1-855581                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4727 WILLYS PKWY APT
         09-1-855582                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855583                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855584                     709.89       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855585                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855586                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855587                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855588                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4731 WILLYS PKWY APT
         09-1-855589                     709.89       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855590                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855591                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855592                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855593                     677.89       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855594                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855595                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4735 WILLYS PKWY APT
         09-1-855596                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855597                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855598                     677.89       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855599                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855600                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855601                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855602                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855603                     677.89       .00      KIDZZ REAL ESTATE GROUP, LL   4739 WILLYS PKWY APT
         09-1-855604                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4738 OVERLAND PKWY AP
         09-1-855605                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4738 OVERLAND PKWY AP
         09-1-855606                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4738 OVERLAND PKWY AP
         09-1-855607                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4738 OVERLAND PKWY AP
         09-1-855608                     677.89       .00      KIDZZ REAL ESTATE GROUP, LL   4738 OVERLAND PKWY AP
         09-1-855609                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4738 OVERLAND PKWY AP
         09-1-855610                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855611                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855612                     677.89       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855613                     827.17       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855614                     491.97       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855615                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855616                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855617                     677.89       .00      KIDZZ REAL ESTATE GROUP, LL   4736 OVERLAND PKWY AP
         09-1-855618                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855619                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855620                     705.24       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855621                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855622                     865.60       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855623                     491.97       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855624                     848.51       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855625                     709.89       .00      KIDZZ REAL ESTATE GROUP, LL   4730 OVERLAND PKWY AP
         09-1-855626                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855627                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855628                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855629                     709.89       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855630                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855631                     709.89       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855632                     694.62       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855633                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855634                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855635                     533.07       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
         09-1-855636                     709.89       .00      KIDZZ REAL ESTATE GROUP, LL   4732 OVERLAND PKWY AP
```

```
TR0423P                              LUCAS COUNTY REAL ESTATE                TUE, MAR 24, 2015  2:46 PM
PRO #                                REPORT FOR KIDZ REAL ESTATE                           PAGE:  8
K318
        PARCEL NO      LOAN ACCOUNT   PRO NUMBER
                                      BALANCE      COLLECTED    OWNERS NAME                PROPERTY ADDRESS
        09-1-85637                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4732 OVERLAND PKWY
        09-1-85638                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85639                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85640                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85641                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85642                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85643                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85644                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4748 OVERLAND PKWY
        09-1-85645                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85646                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85647                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85648                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85649                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85650                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85651                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85652                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85653                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  4744 OVERLAND PKWY
        09-1-85654                    705.24       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 10
        09-1-85655                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 10
        09-1-85656                    491.97       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 10
        09-1-85657                    827.17       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 20
        09-1-85658                    705.24       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 20
        09-1-85659                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 20
        09-1-85660                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 20
        09-1-85661                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13343 SLATER ST APT 10
        09-1-85662                    677.89       .00          KIDZ REAL ESTATE GROUP, LL  13347 SLATER ST APT 10
        09-1-85663                    491.97       .00          KIDZ REAL ESTATE GROUP, LL  13347 SLATER ST APT 20
        09-1-85664                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13347 SLATER ST APT 20
        09-1-85665                    705.24       .00          KIDZ REAL ESTATE GROUP, LL  13347 SLATER ST APT 10
        09-1-85666                    677.89       .00          KIDZ REAL ESTATE GROUP, LL  13347 SLATER ST APT 10
        09-1-85667                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13347 SLATER ST APT 20
        09-1-85668                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13325 SLATER ST APT 10
        09-1-85669                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13325 SLATER ST APT 10
        09-1-85670                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  13325 SLATER ST APT 20
        09-1-85671                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13325 SLATER ST APT 20
        09-1-85672                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13325 SLATER ST APT 10
        09-1-85673                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13325 SLATER ST APT 10
        09-1-85674                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 20
        09-1-85675                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 20
        09-1-85676                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 10
        09-1-85677                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 10
        09-1-85678                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 10
        09-1-85679                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 20
        09-1-85680                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 20
        09-1-85681                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 10
        09-1-85682                    709.89       .00          KIDZ REAL ESTATE GROUP, LL  13327 SLATER ST APT 10
        09-1-85683                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13315 SLATER ST APT 20
        09-1-85684                    705.24       .00          KIDZ REAL ESTATE GROUP, LL  13315 SLATER ST APT 20
        09-1-85685                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13315 SLATER ST APT 10
        09-1-85686                    677.89       .00          KIDZ REAL ESTATE GROUP, LL  13315 SLATER ST APT 10
        09-1-85687                    694.62       .00          KIDZ REAL ESTATE GROUP, LL  13315 SLATER ST APT 20
        09-1-85688                    533.07       .00          KIDZ REAL ESTATE GROUP, LL  13315 SLATER ST APT 20
```

```
TR0423P                    LUCAS COUNTY REAL ESTATE                      TUE, MAR 24, 2015  2:46 PM
PRO #                      REPORT FOR KIDZ REAL ESTATE                                 PAGE:     9
K318
         PRO NUMBER
PARCEL NO    LOAN ACCOUNT   BALANCE   COLLECTED   OWNERS NAME                PROPERTY ADDRESS
09-856693                    677.87        .00    KIDZ REAL ESTATE GROUP, LL  1315 SLATER ST APT 200
09-856694                    677.89        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 100
09-856695                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 100
09-856696                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 100
09-856697                    705.24        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 100
09-856698                    827.17        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 200
09-856699                 36,947.33        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 200
09-857700                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 200
09-857701                    705.24        .00    KIDZ REAL ESTATE GROUP, LL  1321 SLATER ST APT 200
09-857702                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 100
09-857703                    709.89        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 100
09-857704                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 100
09-857705                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 200
09-857706                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 200
09-857707                    709.89        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 200
09-857708                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  1305 SLATER ST APT 200
09-857709                    848.51        .00    KIDZ REAL ESTATE GROUP, LL  1307 SLATER ST APT 100
09-857710                    491.97        .00    KIDZ REAL ESTATE GROUP, LL  1307 SLATER ST APT 100
09-857711                    709.89        .00    KIDZ REAL ESTATE GROUP, LL  1307 SLATER ST APT 100
09-857712                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  1307 SLATER ST APT 200
09-857713                    848.51        .00    KIDZ REAL ESTATE GROUP, LL  1307 SLATER ST APT 200
09-857714                    491.97        .00    KIDZ REAL ESTATE GROUP, LL  1307 SLATER ST APT 200
09-857715                    865.29        .00    KIDZ REAL ESTATE GROUP, LL  4809 WILLYS PKWY APT
09-857716                    502.24        .00    KIDZ REAL ESTATE GROUP, LL  4809 WILLYS PKWY APT
09-857717                    705.24        .00    KIDZ REAL ESTATE GROUP, LL  4809 WILLYS PKWY APT
09-857718                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  4809 WILLYS PKWY APT
09-857719                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4809 WILLYS PKWY APT
09-857720                    677.89        .00    KIDZ REAL ESTATE GROUP, LL  4809 WILLYS PKWY APT
09-857721                    705.24        .00    KIDZ REAL ESTATE GROUP, LL  4815 WILLYS PKWY APT
09-857722                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  4815 WILLYS PKWY APT
09-857723                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4815 WILLYS PKWY APT
09-857724                    677.89        .00    KIDZ REAL ESTATE GROUP, LL  4815 WILLYS PKWY APT
09-857725                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4815 WILLYS PKWY APT
09-857726                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857727                    705.24        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857728                    677.89        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857729                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857730                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857731                    677.89        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857732                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4745 WILLYS PKWY APT
09-857733                    709.89        .00    KIDZ REAL ESTATE GROUP, LL  4747 WILLYS PKWY APT
09-857734                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4747 WILLYS PKWY APT
09-857735                    694.62        .00    KIDZ REAL ESTATE GROUP, LL  4747 WILLYS PKWY APT
09-857736                    533.07        .00    KIDZ REAL ESTATE GROUP, LL  4747 WILLYS PKWY APT
09-857737                    709.89        .00    KIDZ REAL ESTATE GROUP, LL  4747 WILLYS PKWY APT
```



```
TR0423P                                     LUCAS COUNTY REAL ESTATE                        TUE, MAR 24, 2015, 2:46 PM
                                            REPORT FOR KIDZ REAL ESTATE                                      PAGE: 10
 PRO #   PARCEL NO    LOAN ACCOUNT  PRO NUMBER   BALANCE      COLLECTED    OWNERS NAME              PROPERTY ADDRESS
 K318    09-85749                                  533.07          .00   KIDZ REAL ESTATE GROUP, LL   4747 WILLYS PKWY APT
         18-21405                               15,179.14          .00   KIDZ REAL ESTATE GROUP, LL   1233 CRIBB ST
         18-21406                                2,016.92          .00   KIDZ REAL ESTATE GROUP, LL   1233 CRIBB ST
         18-21409                                3,761.16          .00   KIDZ REAL ESTATE GROUP, LL   1233 CRIBB ST

     TOTAL FOR PRO #:      508              438,502.96             .00

**** TOTAL PARCELS ****    508              438,502.96             .00
```