# EXHIBIT E



BROWN UDELL POMERANTZ & DELRAHIM, LTD.
James B. Allen • jallen@bupdlaw.com
1332 North Halsted Street, Suite 100
Chicago, IL 60642
Phone: 312.475.9900 • Fax: 312.475.1188
www.bupdlaw.com

December 22, 2014

**By FedEx Overnight Delivery**
KIDZ Real Estate Group, LLC
c/o SS Management Company, Inc.
200 E. Howard Street, Suite 296
Des Plaines, IL 60018

      RE:    NOTICE OF DEFAULT

To Whom It May Concern:

      As you know, our firm represents SB Spring, LLC ("Lender"), holder of the Amended and Restated Promissory Note dated as of April 12, 2012 (the "Note") that you, KIDZ Real Estate Group, LLC ("Maker"), executed to memorialize your loan of $1,500,000 from Lender (the "Loan"). The Note is secured in part by an Open-End Mortgage, Security Agreement and Financing Statement dated as of November 27, 2013 (the "Mortgage"), and recorded in the Office of the Recorder of Lucas County, Ohio on December 17, 2013, as Document No. 20131217-0064169, encumbering the property described therein (the "Property"). We are sending this Notice of Default pursuant to the default provisions in the Note.

      Section M of the Note identifies an Event of Default as, among other things, the failure to make any payment required under the Loan Documents, which failure continues for more than twenty-eight (28) days after the date then due. Pursuant to the Mortgage, which is one of the Loan Documents, you are required to pay all property taxes when they become due. You have failed to make these payments, with over $173,817.87 in property taxes and penalties having accrued through November 2014. For this reason, you are in default of the Note.

      Furthermore, it is an Event of Default under Section M of the Note if the Maker "is enjoined, restrained or in any way prevented by court order from conducting all or any material part of Maker's business affairs with respect to the Property." We understand that, due to a failure to maintain the Property, the City of Toledo has ordered that the Property be shut down, with all tenants ordered to vacate the Property. Clearly, this is an additional default under the Note.

      Finally, we note that the Maturity Date for the Loan, defined in Section F of the Note as November 30, 2014, has passed. Because an Event of Default has occurred, you are not eligible to extend the Note's maturity date.

KIDZ Real Estate Group, LLC
December 22, 2014
Page 2

    Please be advised that Lender reserves all rights under the Loan Documents, at law or in equity, to remedy the damages that may arise from your defaults. This Notice of Default is not intended to indicate or effect a waiver or compromise of any of Lender's rights granted therein.

Sincerely,

*/s/ James B. Allen*

James B. Allen

cc:    John McGinnis
       Deborah Kimelman