# EXHIBIT G



BROWN UDELL POMERANTZ & DELRAHIM, LTD.
Shelley Smith • ssmith@bupdlaw.com
1332 North Halsted Street, Suite 100
Chicago, IL 60642
Phone: 312.475.9900 • Fax: 312.475.1188
www.bupdlaw.com

February 19, 2015

**_By FedEx Overnight Delivery_**
Vladimir Sklarov
c/o SS Management Company, Inc.
200 E. Howard Street, Suite 296
Des Plaines, IL 60018

Sharon Sklarov, individually and as trustee of the Sklarov Childrens Revocable Trust Dated February 17, 1998
c/o SS Management Company, Inc.
200 E. Howard Street, Suite 296
Des Plaines, IL 60018

RE: NOTICE OF DEFAULT

To Whom It May Concern:

As you know, our firm represents SB Spring, LLC ("Lender"), holder of the Amended and Restated Promissory Note dated as of November 27, 2013 (the "Note") which KIDZ Real Estate Group, LLC ("Maker"), executed to memorialize a loan of $1,500,000 from Lender (the "Loan"), and which you, Vladimir Sklarov, Sharon Sklarov, and the Sklarov Childrens Revocable Trust Dated February 17, 1998 (collectively, "Guarantors") guaranteed in the Joint and Several Guaranty Agreement (the "Guaranty") of the same date. The Note is secured in part by an Open-End Mortgage, Security Agreement and Financing Statement dated as of November 27, 2013 (the "Mortgage"), and recorded in the Office of the Recorder of Lucas County, Ohio on December 17, 2013, as Document No. 20131217-0064169, encumbering the property described therein (the "Property"). We are sending you this Notice of Default pursuant to the default provisions in the Note and Guaranty.

Section M(1) of the Note identifies an Event of Default as, among other things, the failure to make any payment required under the Loan Documents, which failure continues for more than twenty-eight (28) days after the date then due. Pursuant to the Mortgage, which is one of the Loan Documents, Maker is required to pay all property taxes when they become due. Yet, Maker has failed to make these payments, with property taxes and penalties due and payable since November, 2014. For this reason, Maker is in default of the Note.

Moreover, as set forth in Section D of the Note, upon the Maturity Date, defined as November 30, 2014 (Section F), Maker is required to repay the entire outstanding principal balance on the Note, together with all accrued but unpaid interest thereon, and all other sums due Lender. As of the date of this Notice of Default Maker has not repaid those sums, which constitutes an additional Event of Default. Because an Event of Default has occurred, based on

Vladimir Sklarov
Sharon Sklarov
February 20, 2015
Page 2

Maker's failure to pay its property taxes and penalties, Maker is not eligible to extend the Note's maturity date.

Furthermore, it is an Event of Default under Section M(8) of the Note if Maker "is enjoined, restrained or in any way prevented by court order from conducting all or any material part of Maker's business affairs with respect to the Property." We understand that, due to a failure to maintain the Property, the City of Toledo has ordered that the Property be shut down, with all tenants ordered to vacate the Property. This order makes an additional default under the Note.

Pursuant to Section M of the Note, you are hereby put on notice that if you and/or Guarantors fail to cure the above-referenced defaults within twenty-eight (28) days of this notice, then Lender may elect to pursue any of the rights or remedies set forth in the Note or the Loan Documents. Lender reserves all rights under the Loan Documents, at law or in equity, to remedy the damages that may arise from Maker's defaults. This Notice of Default is not intended to indicate or effect a waiver or compromise of any of Lender's rights granted therein.

As Guarantors, you are further put on notice that if Maker and/or Guarantors fail to cure the defaults referenced herein within twenty-eight (28) days of this notice, Lender may, at its sole discretion, proceed directly and at once against any and/or all Guarantors for any and all Liabilities under the Note, as defined in the Guaranty, as well as all costs of collection including attorney's fees and costs.

Sincerely,

Shelley Smith

cc: F. John McGinnis
    Ted Donner, Esq.
    Ariel Weissberg
    Howard Adelman