# EXHIBIT I

**LUCAS COUNTY COMMON PLEAS COURT**
CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604

**SUMMONS**
**CIVIL ACTION**

*RECEIVED: 4/27/15*

SB SPRING LLC
C/O DAVID J COYLE
1000 JACKSON
NORTH COURTHOUSE SQUARE
TOLEDO, OH 43624

G-4801-TF-0201501249-000

JUDGE: BOARD OF REVISIONS
One Government Center
Suite 670
Toledo, Ohio 43604
Phone: (419)213-4464

A Foreclosure lawsuit for unpaid real estate taxes has been filed against property listed in the attached Complaint in which you may have a legal, equitable or other interest.

You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

It is alleged that delinquent real taxes stand charged against the named parcel(s); the Plaintiff alleges that the parcel(s) constitute abandoned lands pursuant to R.C. 323.65 through 323.79.

The parcel(s), if ordered foreclosed, will either be sold at public auction or conveyed to a political subdivision or eligible community development organization as prescribed in R.C. 323.65 to 323.79 unless redeemed by the owner or interested party. Such owner or interested party may redeem the parcel(s) by payment of all taxes, penalties, interest, assessments and applicable costs as defined in R.C. 323.65(E) ("Impositions"); the owner or other interested party may redeem the parcel(s) by paying the total of the Impositions at any time prior to confirmation of the sale or the expiration of the statutory redemption period pursuant to R.C. 323.65 to 323.79; the owner or other interested party may file a petition with the Lucas County Board of Revision ("Board") asking for a hearing to determine whether the Impositions have been paid.

The Lucas County Clerk of Court ("Clerk") shall maintain a docket for the case proceedings; all petitions and papers filed after this notice and summons must be filed with Clerk, which papers will become a part of the official case file. Copies of all such subsequently filed papers or instruments must be served upon all parties to this lawsuit, except as provided in R.C. 323.69.

Within 14 days after receiving service of this summons, you may file a petition requesting that the case be resolved by judicial disposition. In that event, the case will not be disposed of under R.C. 323.65 to 323.79 but will be transferred to the Court of Common Pleas, a judge assigned, and will continue pursuant to R.C. 323.25 to 323.28 or Chapters 5721, 5722, and 5723 of the Revised Code.

You will continue to receive notification regarding any interim or final hearing.

PLAINTIFF (S)
WADE KAPSZUKIEWICZ TREASURER OF LUCAS
COUNTY OHIO
ONE GOVERNMENT CENTER
670
TOLEDO, OH 43604

ATTORNEY FOR PLAINTIFF(S)
SUZANNE COTNER MANDROS
LUCAS COUNTY PROSECUTOR'S OFFICE
ONE GOVERNMENT CTR STE 500
TOLEDO, OH 43604-2253

BERNIE QUILTER
CLERK OF COURTS

*J. Bernie Quilter* _____, Clerk

Date: April 24, 2015



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐ I request to be notified by <u>email</u>

My email address _____

Send email to:   Lwatt@co.lucas.oh.us
Subject: G-4801-TF-0201501249-000
                 SB SPRING LLC
Message:       Your email address

**OR**

☐ I request to be notified by <u>regular mail</u>
   *(Clerk will forward to Court for approval)*

My mailing address   _____
                                    _____
                                    _____

Return this Form with your address to:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*



# Treasurer of Lucas County
## Wade Kapszukiewicz

One Government Center • Suite 500 • Toledo, Ohio 43604-2253
www.co.lucas.oh.us/treasurer

PLEASE NOTE:

DIRECT ANY QUESTIONS CONCERNING THIS CASE, INCLUDING THE
AMOUNT OF REAL ESTATE TAXES OWED, TO THE LUCAS COUNTY
TREASURER'S OFFICE.

**RUTH SETH (419) 213-4316**
**DEPUTY TREASURER**

---

REAL ESTATE DEPARTMENT
419-213-4305

ADMINISTRATION
419-213-4300

COLLECTIONS DEPARTMENT
419-213-4055

FILED
LUCAS COUNTY

2015 APR 23  PM 3: 05

COMMON PLEAS COURT
BERNIE QUILTER
CLERK OF COURTS

## IN THE BOARD OF REVISION, LUCAS COUNTY, OHIO

Wade Kapszukiewicz, as
Treasurer of Lucas County,
Ohio,

      Plaintiff

vs.

Kidz Real Estate Group, LLC
c/o Val Sklarov, Agent
Address Unknown

      and

PNC Bank National Association
successor to National City Bank
6750 Miller Road
Brecksville, Ohio 44141

      and

James R. Cole, et al,
c/o Jack G. Fynes
1000 Jackson Street
Toledo, Ohio 43624

      and

State of Ohio
Bureau of Worker's Compensation
c/o Ohio Attorney General
150 East Gay Street 21" Floor
Columbus, Ohio 43215

Case No._____
Year Certified: 2014
Permanent Parcel No.: See attached

## C O M P L A I N T

Julia R. Bates
Prosecuting Attorney
By: Suzanne Cotner Mandros
Assistant Prosecuting Attorney
One Government Center
Suite 500
Toledo, Ohio  43604
Phone:  (419) 213-2145
Fax:  (419) 213-4070
Registration # 0002157
Email: smandro@co.lucas.oh.us

**G-4801-TF-0201501249-000**

and

SB Spring, LLC
c/o David J. Coyle
1000 Jackson
North Courthouse Square
Toledo, Ohio 43624

and

Schiller Ducanto and Fleck, LLP
c/o Joshua M. Jackson
225 East Deerpath Road, Suite 270
Lake Forest, Illinois 60045

and

Deborah Kimelman
1945 First Street, #268
Highland Park, Illinois 60035

and

Maria Elena Salaza
c/o Stewart W. Jones
2 Maritime Plaza, Third Floor
Toledo, Ohio 43604

and

City of Toledo
Department of Public Utilities
c/o Adam Loukx, Law Director
One Government Center, Suite 2250
Toledo, Ohio 43604

and

City of Toledo, Department of Development
c/o Adam Loukx, Law Director
One Government Center, Suite 2250
Toledo, Ohio 43604

Defendant(s)

1. Plaintiff says that he is the duly elected and qualified Treasurer of Lucas County, Ohio. On the 26th day of March, 2015, the Lucas County Auditor duly filed with the Lucas County Prosecuting Attorney an original master list of delinquent tracts, the relevant tract of which is more particularly described as follows:

(See attached)

The taxes, assessments, penalties, interest and charges upon said property have not been paid for more than one year after said lands were duly certified delinquent.

2. Plaintiff further states that there is now due and owing the sum of Four Hundred Thirty-Eight Thousand Five Hundred Two and 96/100 Dollars ($438,502.96) which amount represents the taxes, assessments, penalties and interest against said property. That said taxes continue to accrue on the real estate. That said delinquent tax certificate is unredeemed and the amount of money appearing to be due and unpaid thereon is due and unpaid and is a lien against the property herein described. That there is also due the sum of Three Hundred Twenty-Five and 00/100 Dollars ($325.00), to be taxed as costs for a Preliminary Judicial Report and, that there is and will also be due the costs, including but not limited to the cost of the Final Judicial Report, incurred in this proceeding as are deemed proper by the Board.

3. Plaintiff states that this action in foreclosure proceedings is convened under provisions of Sections 323.25 and/or 5721.18 and/or 323.65 to 323.79 of the Ohio Revised Code; that the parcel(s) constitutes abandoned lands pursuant to R.C. 323.65 to 323.79 or are non-productive land as defined in R.C. 5722.01(F).

4. Defendant City of Toledo, Department of Development may claim to have an interest in the subject real property under the provisions of Chapter 5722 of the Ohio Revised Code. Defendant City of Toledo, Department of Development is being joined as a party defendant as notice by the Prosecuting

Attorney of Lucas County, Ohio to said defendant that this foreclosure has been commenced as to the parcel described hereinabove as required by Section (B) of Section 5722.03 of the Ohio Revised Code. Failure of defendant to notify the Prosecuting Attorney by timely answer certified to the Prosecuting Attorney, of any election after receipt of notice shall be an election not to acquire the parcel described hereinabove.

5. If the owner of the property that is the subject of this foreclosure complaint is not the occupier of the property, notice that a foreclosure complaint is being filed was sent by regular U.S. Mail to the occupier(s)/tenant(s) of the property pursuant to Local Rule 8.02(A)(2).

6. Defendants Kidz Real Estate Group, LLC, PNC Bank National Association successor to National City Bank, James R. Cole, et al., State of Ohio, Bureau of Worker's Compensation, SB Spring, LLC, Schiller Ducanto and Fleck, LLP, Deborah Kimelman, Maria Elena Salazar, and City of Toledo, Department of Public Utilities have or claim to have some interest as set forth in the title work attached hereto. That said interest or lien, if any, is inferior and subsequent to the Plaintiff's lien and prays that said defendants be required to set up their lien or claims or forever be barred from asserting same against the within-described premises.

WHEREFORE, Plaintiff prays that the defendants be notified of the pendency and prayer of the complaint; that the Board of Revision upon hearing determine the amount of Impositions as appears in the delinquent certificate and for the impositions accruing subsequent to the delivery of the delinquent certificate and prior to the conveyance or confirmation of sale, or the expiration of the alternative right of redemption if ordered by the Board of Revision as prescribed in Sections 323.65(J) and 323.78 of the Revised Code; that all such Impositions be declared to be a good and valid first lien against the premises and that such lien be foreclosed; that the Board of Revision make such order for payment of costs incurred herein together with Three Hundred Twenty-Five and 00/100 dollars ($325.00) for the Preliminary Judicial Report; that unless the amount found due the Plaintiff together with all costs of this proceeding be tendered to the Plaintiff prior to the conveyance or confirmation of sale, or the expiration of the alternative right of

redemption if ordered by the Board of Revision, as prescribed in Sections 323.65(J) and 323.78 of the Revised Code, then the equity of redemption of said parties shall be foreclosed; that the defendants be required to set up what, if any, interest they may have in said property, or be forever barred from asserting the same; that the Board of Revision order said property to be directly conveyed to an eligible township, municipality, county, school district, land reutilization corporation or community development group pursuant to Revised Code Sections 323.65 through 323.79, or sold according to law; that an Order of Conveyance or Order of Sale be issued to the Sheriff of Lucas County directing him to either (1) convey directly the property to an eligible township, municipality, county, school district or land reutilization corporation or community development group pursuant to Revised Code Section 323.65 through 323.79; or (2) advertise and sell the property at public sale in accord with the statutes of the State of Ohio, and for such other and further relief to which he may be entitled.

Respectfully submitted,
Wade Kapszukiewicz, Treasurer of Lucas County, Ohio

Julia R. Bates, Prosecuting Attorney Lucas County, Ohio

By: _____
Suzanne Cotner Mandros
Assistant Prosecuting Attorney

**ABANDONED DELINQUENT PARCEL(S)**

**Treasurer Certification Regarding Abandonment, RC 323.65(G)**
TD Parcel Number(s)

**Certification:**    This is to certify that certain steps were taken to determine the occupancy status of the delinquent property referenced above.  Property location:

XCity of Toledo, or
      Township (Name):

**Contacts/Name**
      Owner states no occupants:
      Neighbors state no occupants:
      Mail returned and marked vacant
      · Land bank photos and/or requestor verification of structure as abandoned:
** The City of Toledo and the Lucas County Landbank verify that the apartment complex is abandoned of all occupants.

For the reasons stated in R.C. 323.65(A) and (G), the undersigned states on further information and belief that the parcels listed below may constitute Abandoned Lands.

**Indicia of Abandonment and parcels applicable:**

      Vacant ground (no structure):
      Overgrown weeds:
      Dumping or noticeable accumulation of trash/debris:
      Absence of utility services or hook ups:
      Building/environmental code violations:
      Boarded up structure:
      Open and/or vandalized structure:
      Nuisance condemnation by political subdivision:
      Other:

Property found to be unoccupied or vacant delinquent land.

Submitted by: _____
                          Deputy Treasurer

Date: 4/21/15

OTIRB Record Products                                   Preliminary Judicial Report
                                                                (04/15/2010)

## PRELIMINARY JUDICIAL REPORT

**PJR-08071391**

*Issued by* Old Republic National Title Insurance Company

Beth Steude, Treasurer of Lucas County, Ohio                 ORDER NO. 808020
One Government Center, 5th Floor
Toledo OH 43624

Pursuant to your request for a Preliminary Judicial Report (hereinafter "the Report") for use in judicial proceedings, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY (hereinafter "the Company") hereby guarantees in an amount not to exceed $438502.96 that it has examined the public records in Lucas County, Ohio as to the land described in Schedule A, that the record title to the land is at the date hereof vested in
Kidz Real Estate Group, LLC, an Ohio limited liability company
by instrument recorded in OR 20050203-0007812 and free from all encumbrances, liens or defects of record, except as shown in Schedule B.

This is a guarantee of the record title only and is made for the use and benefit of the Guaranteed Party and the purchaser at judicial sale thereunder and is subject to the Exclusions from Coverage, the Exceptions contained in Schedule B and the Conditions and Stipulations contained herein.

This Report shall not be valid or binding until it has been signed by either an authorized agent or representative of the Company and Schedules A and B have been attached hereto.

|  |  |
|---|---|
| Effective Date: | April 10, 2015 |
| Issued By: | Old Republic National Title Insurance Company |
|  |  |
| Signed By: | *[signature]* |
|  | Authorized Signatory or Agent |
|  | John W. Martin |

Issued By

### LOUISVILLE TITLE

626 Madison • Toledo, OH 43604
419/248-4611  Fax 419/248-1064
*Repeat customer discounts available for buying, selling, building, refinancing.*

PJR                                                          Page 1 of 24
(09/01/2014)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**

ORDER NO. 808020

PRELIMINARY JUDICIAL REPORT

SCHEDULE A

DESCRIPTION OF LAND

Parcel 1:

Situated in the City of Toledo, County of Lucas and State of Ohio:

And known as being all Family Units contained in the New Larchmont Community
Condominium I, II, III, IV, V, VI and VII, Condominiums in the City of Toledo, Lucas County,
Ohio as the same are designated, delineated and described in the Declarations of Condominium
Ownership and Bylaws thereof filed for record in the Office of the County Record, Lucas
County, Ohio on January 27, 1984 and recorded as Deed Records 84-036-B04, 84-037-E04, 84-
039-C04, 84-041-A05, 84-042-D05, 84-044-B06 and 84-045-E08 respectively, and the Drawings
appertaining thereto recorded in Volume 102 of Plats, page 1, et. Seq., together with the
undivided interest in the common areas and facilities declared in the said Declarations to be
appurtenant to such units. Such units are subject to and entitled to the benefit of all of the right,
privileges, duties, easements, conditions, restrictions and limitations contained in the said
Declaration, Bylaws and Drawings and in Chapter 5311 of the Ohio Revised Code.

Together with: All of the rights and obligations granted to, reserved by and placed upon Grantor
as Grantor under the Declarations of the Condominium for The New Larchmont Community
Condominium I, The New Larchmont Community Condominium II, The New Larchmont
Community Condominium III, The New Larchmont Community Condominium IV, The New
Larchmont Community Condominium V, The New Larchmont Community Condominium VI,
The New Larchmont Community Condominium VII and granted or reserved by grantor as
grantor under that certain Deed and Declaration of Covenants, Conditions and Restrictions from
Grantor to Larchmont Condominium Group dated January 27, 1984 and recorded at Deed
Records 84-036-A01, Lucas County, Ohio Records, which rights and obligations the Grantee
hereby accepts and agrees to perform and rights under seven easements recorded in Volume 1434
of Deeds, page 513.

Permanent Parcel No.: 09-85211 (as to Condominium I, Bldg. 14, Unit 1)
Permanent Parcel No.: 09-85212 (as to Condominium I, Bldg. 14, Unit 2)
Permanent Parcel No.: 09-85213 (as to Condominium I, Bldg. 14, Unit 3)
Permanent Parcel No.: 09-85214 (as to Condominium I, Bldg. 14, Unit 4)
Permanent Parcel No.: 09-85215 (as to Condominium I, Bldg. 14, Unit 5)
Permanent Parcel No.: 09-85216 (as to Condominium I, Bldg. 14, Unit 6)
Permanent Parcel No.: 09-85217 (as to Condominium I, Bldg. 14, Unit 7)

OTIRB Record Products

Permanent Parcel No.: 09-85218 (as to Condominium I, Bldg. 14, Unit 8)
Permanent Parcel No.: 09-85219 (as to Condominium I, Bldg. 14, Unit 9)
Permanent Parcel No.: 09-85220 (as to Condominium I, Bldg. 14, Unit 10)
Permanent Parcel No.: 09-85221 (as to Condominium I, Bldg. 14, Unit 11)
Permanent Parcel No.: 09-85222 (as to Condominium I, Bldg. 14, Unit 12)
Permanent Parcel No.: 09-85223 (as to Condominium I, Bldg. 14, Unit 13)
Permanent Parcel No.: 09-85224 (as to Condominium I, Bldg. 14, Unit 14)
Permanent Parcel No.: 09-85225 (as to Condominium I, Bldg. 14, Unit 15)
Permanent Parcel No.: 09-85226 (as to Condominium I, Bldg. 14, Unit 16)
Permanent Parcel No.: 09-85230 (as to Condominium I, Bldg. 15, Unit 1)
Permanent Parcel No.: 09-85231 (as to Condominium I, Bldg. 15, Unit 2)
Permanent Parcel No.: 09-85232 (as to Condominium I, Bldg. 15, Unit 3)
Permanent Parcel No.: 09-85233 (as to Condominium I, Bldg. 15, Unit 4)
Permanent Parcel No.: 09-85234 (as to Condominium I, Bldg. 15, Unit 5)
Permanent Parcel No.: 09-85235 (as to Condominium I, Bldg. 15, Unit 6)
Permanent Parcel No.: 09-85236 (as to Condominium I, Bldg. 15, Unit 7)
Permanent Parcel No.: 09-85237 (as to Condominium I, Bldg. 15, Unit 8)
Permanent Parcel No.: 09-85238 (as to Condominium I, Bldg. 15, Unit 9)
Permanent Parcel No.: 09-85239 (as to Condominium I, Bldg. 15, Unit 10)
Permanent Parcel No.: 09-85240 (as to Condominium I, Bldg. 15, Unit 11)
Permanent Parcel No.: 09-85241 (as to Condominium I, Bldg. 15, Unit 12)
Permanent Parcel No.: 09-85242 (as to Condominium I, Bldg. 15, Unit 13)
Permanent Parcel No.: 09-85243 (as to Condominium I, Bldg. 15, Unit 14)
Permanent Parcel No.: 09-85244 (as to Condominium I, Bldg. 15, Unit 15)
Permanent Parcel No.: 09-85245 (as to Condominium I, Bldg. 15, Unit 16)
Permanent Parcel No.: 09-85249 (as to Condominium II, Bldg. 9, Unit 1)
Permanent Parcel No.: 09-85250 (as to Condominium II, Bldg. 9, Unit 2)
Permanent Parcel No.: 09-85251 (as to Condominium II, Bldg. 9, Unit 3)
Permanent Parcel No.: 09-85252 (as to Condominium II, Bldg. 9, Unit 4)
Permanent Parcel No.: 09-85253 (as to Condominium II, Bldg. 9, Unit 5)
Permanent Parcel No.: 09-85254 (as to Condominium II, Bldg. 9, Unit 6)
Permanent Parcel No.: 09-85255 (as to Condominium II, Bldg. 9, Unit 7)
Permanent Parcel No.: 09-85256 (as to Condominium II, Bldg. 9, Unit 8)
Permanent Parcel No.: 09-85257 (as to Condominium II, Bldg. 9, Unit 9)
Permanent Parcel No.: 09-85258 (as to Condominium II, Bldg. 9, Unit 10)
Permanent Parcel No.: 09-85259 (as to Condominium II, Bldg. 9, Unit 11)
Permanent Parcel No.: 09-85260 (as to Condominium II, Bldg. 9, Unit 12)
Permanent Parcel No.: 09-85261 (as to Condominium II, Bldg. 9, Unit 13)
Permanent Parcel No.: 09-85262 (as to Condominium II, Bldg. 9, Unit 14)
Permanent Parcel No.: 09-85263 (as to Condominium II, Bldg. 9, Unit 15)
Permanent Parcel No.: 09-85264 (as to Condominium II, Bldg. 9, Unit 16)
Permanent Parcel No.: 09-85267 (as to Condominium II, Bldg. 10, Unit 1)
Permanent Parcel No.: 09-85268 (as to Condominium II, Bldg. 10, Unit 2)
Permanent Parcel No.: 09-85269 (as to Condominium II, Bldg. 10, Unit 3)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85270 (as to Condominium II, Bldg. 10, Unit 4)
Permanent Parcel No.: 09-85271 (as to Condominium II, Bldg. 10, Unit 5)
Permanent Parcel No.: 09-85272 (as to Condominium II, Bldg. 10, Unit 6)
Permanent Parcel No.: 09-85273 (as to Condominium II, Bldg. 10, Unit 7)
Permanent Parcel No.: 09-85274 (as to Condominium II, Bldg. 10, Unit 8)
Permanent Parcel No.: 09-85275 (as to Condominium II, Bldg. 10, Unit 9)
Permanent Parcel No.: 09-85276 (as to Condominium II, Bldg. 10, Unit 10)
Permanent Parcel No.: 09-85277 (as to Condominium II, Bldg. 10, Unit 11)
Permanent Parcel No.: 09-85278 (as to Condominium II, Bldg. 10, Unit 12)
Permanent Parcel No.: 09-85279 (as to Condominium II, Bldg. 10, Unit 13)
Permanent Parcel No.: 09-85280 (as to Condominium II, Bldg. 10, Unit 14)
Permanent Parcel No.: 09-85281 (as to Condominium II, Bldg. 10, Unit 15)
Permanent Parcel No.: 09-85282 (as to Condominium II, Bldg. 10, Unit 16)
Permanent Parcel No.: 09-85297 (as to Condominium II, Bldg. 11, Unit 1)
Permanent Parcel No.: 09-85298 (as to Condominium II, Bldg. 11, Unit 2)
Permanent Parcel No.: 09-85299 (as to Condominium II, Bldg. 11, Unit 3)
Permanent Parcel No.: 09-85300 (as to Condominium II, Bldg. 11, Unit 4)
Permanent Parcel No.: 09-85301 (as to Condominium II, Bldg. 11, Unit 5)
Permanent Parcel No.: 09-85302 (as to Condominium II, Bldg. 11, Unit 6)
Permanent Parcel No.: 09-85303 (as to Condominium II, Bldg. 11, Unit 7)
Permanent Parcel No.: 09-85304 (as to Condominium II, Bldg. 11, Unit 8)
Permanent Parcel No.: 09-85305 (as to Condominium II, Bldg. 11, Unit 9)
Permanent Parcel No.: 09-85306 (as to Condominium II, Bldg. 11, Unit 10)
Permanent Parcel No.: 09-85307 (as to Condominium II, Bldg. 11, Unit 11)
Permanent Parcel No.: 09-85308 (as to Condominium II, Bldg. 11, Unit 12)
Permanent Parcel No.: 09-85309 (as to Condominium II, Bldg. 11, Unit 13)
Permanent Parcel No.: 09-85310 (as to Condominium II, Bldg. 11, Unit 14)
Permanent Parcel No.: 09-85311 (as to Condominium II, Bldg. 11, Unit 15)
Permanent Parcel No.: 09-85312 (as to Condominium II, Bldg. 11, Unit 16)
Permanent Parcel No.: 09-85315 (as to Condominium III, Bldg. 12, Unit 1)
Permanent Parcel No.: 09-85316 (as to Condominium III, Bldg. 12, Unit 2)
Permanent Parcel No.: 09-85317 (as to Condominium III, Bldg. 12, Unit 3)
Permanent Parcel No.: 09-85318 (as to Condominium III, Bldg. 12, Unit 4)
Permanent Parcel No.: 09-85319 (as to Condominium III, Bldg. 12, Unit 5)
Permanent Parcel No.: 09-85320 (as to Condominium III, Bldg. 12, Unit 6)
Permanent Parcel No.: 09-85321 (as to Condominium III, Bldg. 12, Unit 7)
Permanent Parcel No.: 09-85322 (as to Condominium III, Bldg. 12, Unit 8)
Permanent Parcel No.: 09-85323 (as to Condominium III, Bldg. 12, Unit 9)
Permanent Parcel No.: 09-85324 (as to Condominium III, Bldg. 12, Unit 10)
Permanent Parcel No.: 09-85325 (as to Condominium III, Bldg. 12, Unit 11)
Permanent Parcel No.: 09-85326 (as to Condominium III, Bldg. 12, Unit 12)
Permanent Parcel No.: 09-85327 (as to Condominium III, Bldg. 12, Unit 13)
Permanent Parcel No.: 09-85328 (as to Condominium III, Bldg. 12, Unit 14)
Permanent Parcel No.: 09-85329 (as to Condominium III, Bldg. 12, Unit 15)

OTIRB Record Products                                    Preliminary Judicial Report
                                                                (04/15/2010)

Permanent Parcel No.: 09-85330 (as to Condominium III, Bldg. 12, Unit 16)
Permanent Parcel No.: 09-85334 (as to Condominium III, Bldg. 13, Unit 1)
Permanent Parcel No.: 09-85335 (as to Condominium III, Bldg. 13, Unit 2)
Permanent Parcel No.: 09-85336 (as to Condominium III, Bldg. 13, Unit 3)
Permanent Parcel No.: 09-85337 (as to Condominium III, Bldg. 13, Unit 4)
Permanent Parcel No.: 09-85338 (as to Condominium III, Bldg. 13, Unit 5)
Permanent Parcel No.: 09-85339 (as to Condominium III, Bldg. 13, Unit 6)
Permanent Parcel No.: 09-85340 (as to Condominium III, Bldg. 13, Unit 7)
Permanent Parcel No.: 09-85341 (as to Condominium III, Bldg. 13, Unit 8)
Permanent Parcel No.: 09-85342 (as to Condominium III, Bldg. 13, Unit 9)
Permanent Parcel No.: 09-85343 (as to Condominium III, Bldg. 13, Unit 10)
Permanent Parcel No.: 09-85344 (as to Condominium III, Bldg. 13, Unit 11)
Permanent Parcel No.: 09-85345 (as to Condominium III, Bldg. 13, Unit 12)
Permanent Parcel No.: 09-85346 (as to Condominium III, Bldg. 13, Unit 13)
Permanent Parcel No.: 09-85347 (as to Condominium III, Bldg. 13, Unit 14)
Permanent Parcel No.: 09-85348 (as to Condominium III, Bldg. 13, Unit 15)
Permanent Parcel No.: 09-85349 (as to Condominium III, Bldg. 13, Unit 16)
Permanent Parcel No.: 09-85350 (as to Condominium III, Bldg. 28, Unit 1)
Permanent Parcel No.: 09-85351 (as to Condominium III, Bldg. 28, Unit 2)
Permanent Parcel No.: 09-85352 (as to Condominium III, Bldg. 28, Unit 3)
Permanent Parcel No.: 09-85353 (as to Condominium III, Bldg. 28, Unit 4)
Permanent Parcel No.: 09-85354 (as to Condominium III, Bldg. 28, Unit 5)
Permanent Parcel No.: 09-85355 (as to Condominium III, Bldg. 28, Unit 6)
Permanent Parcel No.: 09-85356 (as to Condominium III, Bldg. 28, Unit 7)
Permanent Parcel No.: 09-85357 (as to Condominium III, Bldg. 28, Unit 8)
Permanent Parcel No.: 09-85358 (as to Condominium III, Bldg. 28, Unit 9)
Permanent Parcel No.: 09-85359 (as to Condominium III, Bldg. 28, Unit 10)
Permanent Parcel No.: 09-85360 (as to Condominium III, Bldg. 28, Unit 11)
Permanent Parcel No.: 09-85361 (as to Condominium III, Bldg. 28, Unit 12)
Permanent Parcel No.: 09-85362 (as to Condominium III, Bldg. 28, Unit 13)
Permanent Parcel No.: 09-85363 (as to Condominium III, Bldg. 28, Unit 14)
Permanent Parcel No.: 09-85364 (as to Condominium III, Bldg. 28, Unit 15)
Permanent Parcel No.: 09-85365 (as to Condominium III, Bldg. 28, Unit 16)
Permanent Parcel No.: 09-85370 (as to Condominium III, Bldg. 29, Unit 1)
Permanent Parcel No.: 09-85371 (as to Condominium III, Bldg. 29, Unit 2)
Permanent Parcel No.: 09-85372 (as to Condominium III, Bldg. 29, Unit 3)
Permanent Parcel No.: 09-85373 (as to Condominium III, Bldg. 29, Unit 4)
Permanent Parcel No.: 09-85374 (as to Condominium III, Bldg. 29, Unit 5)
Permanent Parcel No.: 09-85375 (as to Condominium III, Bldg. 29, Unit 6)
Permanent Parcel No.: 09-85376 (as to Condominium III, Bldg. 29, Unit 7)
Permanent Parcel No.: 09-85377 (as to Condominium III, Bldg. 29, Unit 8)
Permanent Parcel No.: 09-85378 (as to Condominium III, Bldg. 29, Unit 9)
Permanent Parcel No.: 09-85379 (as to Condominium III, Bldg. 29, Unit 10)
Permanent Parcel No.: 09-85380 (as to Condominium III, Bldg. 29, Unit 11)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85381 (as to Condominium III, Bldg. 29, Unit 12)
Permanent Parcel No.: 09-85382 (as to Condominium III, Bldg. 29, Unit 13)
Permanent Parcel No.: 09-85383 (as to Condominium III, Bldg. 29, Unit 14)
Permanent Parcel No.: 09-85384 (as to Condominium III, Bldg. 29, Unit 15)
Permanent Parcel No.: 09-85385 (as to Condominium III, Bldg. 29, Unit 16)
Permanent Parcel No.: 09-85390 (as to Condominium IV, Bldg. 1, Unit 1)
Permanent Parcel No.: 09-85391 (as to Condominium IV, Bldg. 1, Unit 2)
Permanent Parcel No.: 09-85392 (as to Condominium IV, Bldg. 1, Unit 3)
Permanent Parcel No.: 09-85393 (as to Condominium IV, Bldg. 1, Unit 4)
Permanent Parcel No.: 09-85394 (as to Condominium IV, Bldg. 1, Unit 5)
Permanent Parcel No.: 09-85395 (as to Condominium IV, Bldg. 1, Unit 6)
Permanent Parcel No.: 09-85396 (as to Condominium IV, Bldg. 1, Unit 7)
Permanent Parcel No.: 09-85397 (as to Condominium IV, Bldg. 1, Unit 8)
Permanent Parcel No.: 09-85398 (as to Condominium IV, Bldg. 1, Unit 9)
Permanent Parcel No.: 09-85399 (as to Condominium IV, Bldg. 1, Unit 10)
Permanent Parcel No.: 09-85400 (as to Condominium IV, Bldg. 1, Unit 11)
Permanent Parcel No.: 09-85401 (as to Condominium IV, Bldg. 1, Unit 12)
Permanent Parcel No.: 09-85402 (as to Condominium IV, Bldg. 1, Unit 13)
Permanent Parcel No.: 09-85403 (as to Condominium IV, Bldg. 1, Unit 14)
Permanent Parcel No.: 09-85404 (as to Condominium IV, Bldg. 1, Unit 15)
Permanent Parcel No.: 09-85405 (as to Condominium IV, Bldg. 1, Unit 16)
Permanent Parcel No.: 09-85406 (as to Condominium IV, Bldg. 2, Unit 1)
Permanent Parcel No.: 09-85407 (as to Condominium IV, Bldg. 2, Unit 2)
Permanent Parcel No.: 09-85408 (as to Condominium IV, Bldg. 2, Unit 3)
Permanent Parcel No.: 09-85409 (as to Condominium IV, Bldg. 2, Unit 4)
Permanent Parcel No.: 09-85410 (as to Condominium IV, Bldg. 2, Unit 5)
Permanent Parcel No.: 09-85411 (as to Condominium IV, Bldg. 2, Unit 6)
Permanent Parcel No.: 09-85412 (as to Condominium IV, Bldg. 2, Unit 7)
Permanent Parcel No.: 09-85413 (as to Condominium IV, Bldg. 2, Unit 8)
Permanent Parcel No.: 09-85414 (as to Condominium IV, Bldg. 2, Unit 9)
Permanent Parcel No.: 09-85415 (as to Condominium IV, Bldg. 2, Unit 10)
Permanent Parcel No.: 09-85416 (as to Condominium IV, Bldg. 2, Unit 11)
Permanent Parcel No.: 09-85417 (as to Condominium IV, Bldg. 2, Unit 12)
Permanent Parcel No.: 09-85418 (as to Condominium IV, Bldg. 2, Unit 13)
Permanent Parcel No.: 09-85419 (as to Condominium IV, Bldg. 2, Unit 14)
Permanent Parcel No.: 09-85420 (as to Condominium IV, Bldg. 2, Unit 15)
Permanent Parcel No.: 09-85421 (as to Condominium IV, Bldg. 2, Unit 16)
Permanent Parcel No.: 09-85422 (as to Condominium IV, Bldg. 3, Unit 1)
Permanent Parcel No.: 09-85423 (as to Condominium IV, Bldg. 3, Unit 2)
Permanent Parcel No.: 09-85424 (as to Condominium IV, Bldg. 3, Unit 3)
Permanent Parcel No.: 09-85425 (as to Condominium IV, Bldg. 3, Unit 4)
Permanent Parcel No.: 09-85426 (as to Condominium IV, Bldg. 3, Unit 5)
Permanent Parcel No.: 09-85427 (as to Condominium IV, Bldg. 3, Unit 6)
Permanent Parcel No.: 09-85428 (as to Condominium IV, Bldg. 3, Unit 7)

OTIRB Record Products

Permanent Parcel No.: 09-85429 (as to Condominium IV, Bldg. 3, Unit 8)
Permanent Parcel No.: 09-85430 (as to Condominium IV, Bldg. 3, Unit 9)
Permanent Parcel No.: 09-85431 (as to Condominium IV, Bldg. 3, Unit 10)
Permanent Parcel No.: 09-85432 (as to Condominium IV, Bldg. 3, Unit 11)
Permanent Parcel No.: 09-85433 (as to Condominium IV, Bldg. 3, Unit 12)
Permanent Parcel No.: 09-85434 (as to Condominium IV, Bldg. 3, Unit 13)
Permanent Parcel No.: 09-85435 (as to Condominium IV, Bldg. 3, Unit 14)
Permanent Parcel No.: 09-85436 (as to Condominium IV, Bldg. 3, Unit 15)
Permanent Parcel No.: 09-85437 (as to Condominium IV, Bldg. 3, Unit 16)
Permanent Parcel No.: 09-85438 (as to Condominium V, Bldg. 22, Unit 1)
Permanent Parcel No.: 09-85439 (as to Condominium V, Bldg. 22, Unit 2)
Permanent Parcel No.: 09-85440 (as to Condominium V, Bldg. 22, Unit 3)
Permanent Parcel No.: 09-85441 (as to Condominium V, Bldg. 22, Unit 4)
Permanent Parcel No.: 09-85442 (as to Condominium V, Bldg. 22, Unit 5)
Permanent Parcel No.: 09-85443 (as to Condominium V, Bldg. 22, Unit 6)
Permanent Parcel No.: 09-85444 (as to Condominium V, Bldg. 22, Unit 7)
Permanent Parcel No.: 09-85445 (as to Condominium V, Bldg. 22, Unit 8)
Permanent Parcel No.: 09-85446 (as to Condominium V, Bldg. 22, Unit 9)
Permanent Parcel No.: 09-85447 (as to Condominium V, Bldg. 22, Unit 10)
Permanent Parcel No.: 09-85448 (as to Condominium V, Bldg. 22, Unit 11)
Permanent Parcel No.: 09-85449 (as to Condominium V, Bldg. 22, Unit 12)
Permanent Parcel No.: 09-85450 (as to Condominium V, Bldg. 22, Unit 13)
Permanent Parcel No.: 09-85451 (as to Condominium V, Bldg. 22, Unit 14)
Permanent Parcel No.: 09-85452 (as to Condominium V, Bldg. 22, Unit 15)
Permanent Parcel No.: 09-85453 (as to Condominium V, Bldg. 22, Unit 16)
Permanent Parcel No.: 09-85454 (as to Condominium V, Bldg. 23, Unit 1)
Permanent Parcel No.: 09-85455 (as to Condominium V, Bldg. 23, Unit 2)
Permanent Parcel No.: 09-85456 (as to Condominium V, Bldg. 23, Unit 3)
Permanent Parcel No.: 09-85457 (as to Condominium V, Bldg. 23, Unit 4)
Permanent Parcel No.: 09-85458 (as to Condominium V, Bldg. 23, Unit 5)
Permanent Parcel No.: 09-85459 (as to Condominium V, Bldg. 23, Unit 6)
Permanent Parcel No.: 09-85460 (as to Condominium V, Bldg. 23, Unit 7)
Permanent Parcel No.: 09-85461 (as to Condominium V, Bldg. 23, Unit 8)
Permanent Parcel No.: 09-85462 (as to Condominium V, Bldg. 23, Unit 9)
Permanent Parcel No.: 09-85463 (as to Condominium V, Bldg. 23, Unit 10)
Permanent Parcel No.: 09-85464 (as to Condominium V, Bldg. 23, Unit 11)
Permanent Parcel No.: 09-85465 (as to Condominium V, Bldg. 23, Unit 12)
Permanent Parcel No.: 09-85466 (as to Condominium V, Bldg. 23, Unit 13)
Permanent Parcel No.: 09-85467 (as to Condominium V, Bldg. 23, Unit 14)
Permanent Parcel No.: 09-85468 (as to Condominium V, Bldg. 23, Unit 15)
Permanent Parcel No.: 09-85469 (as to Condominium V, Bldg. 23, Unit 16)
Permanent Parcel No.: 09-85470 (as to Condominium V, Bldg. 24, Unit 1)
Permanent Parcel No.: 09-85471 (as to Condominium V, Bldg. 24, Unit 2)
Permanent Parcel No.: 09-85472 (as to Condominium V, Bldg. 24, Unit 3)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85473 (as to Condominium V, Bldg. 24, Unit 4)
Permanent Parcel No.: 09-85474 (as to Condominium V, Bldg. 24, Unit 5)
Permanent Parcel No.: 09-85475 (as to Condominium V, Bldg. 24, Unit 6)
Permanent Parcel No.: 09-85476 (as to Condominium V, Bldg. 24, Unit 7)
Permanent Parcel No.: 09-85477 (as to Condominium V, Bldg. 24, Unit 8)
Permanent Parcel No.: 09-85478 (as to Condominium V, Bldg. 24, Unit 9)
Permanent Parcel No.: 09-85479 (as to Condominium V, Bldg. 24, Unit 10)
Permanent Parcel No.: 09-85480 (as to Condominium V, Bldg. 24, Unit 11)
Permanent Parcel No.: 09-85481 (as to Condominium V, Bldg. 24, Unit 12)
Permanent Parcel No.: 09-85482 (as to Condominium V, Bldg. 24, Unit 13)
Permanent Parcel No.: 09-85483 (as to Condominium V, Bldg. 24, Unit 14)
Permanent Parcel No.: 09-85484 (as to Condominium V, Bldg. 24, Unit 15)
Permanent Parcel No.: 09-85485 (as to Condominium V, Bldg. 24, Unit 16)
Permanent Parcel No.: 09-85486 (as to Condominium VI, Bldg. 4, Unit 1)
Permanent Parcel No.: 09-85487 (as to Condominium VI, Bldg. 4, Unit 2)
Permanent Parcel No.: 09-85488 (as to Condominium VI, Bldg. 4, Unit 3)
Permanent Parcel No.: 09-85489 (as to Condominium VI, Bldg. 4, Unit 4)
Permanent Parcel No.: 09-85490 (as to Condominium VI, Bldg. 4, Unit 5)
Permanent Parcel No.: 09-85491 (as to Condominium VI, Bldg. 4, Unit 6)
Permanent Parcel No.: 09-85492 (as to Condominium VI, Bldg. 4, Unit 7)
Permanent Parcel No.: 09-85493 (as to Condominium VI, Bldg. 4, Unit 8)
Permanent Parcel No.: 09-85494 (as to Condominium VI, Bldg. 4, Unit 9)
Permanent Parcel No.: 09-85495 (as to Condominium VI, Bldg. 4, Unit 10)
Permanent Parcel No.: 09-85496 (as to Condominium VI, Bldg. 4, Unit 11)
Permanent Parcel No.: 09-85497 (as to Condominium VI, Bldg. 4, Unit 12)
Permanent Parcel No.: 09-85498 (as to Condominium VI, Bldg. 4, Unit 13)
Permanent Parcel No.: 09-85499 (as to Condominium VI, Bldg. 4, Unit 14)
Permanent Parcel No.: 09-85500 (as to Condominium VI, Bldg. 4, Unit 15)
Permanent Parcel No.: 09-85501 (as to Condominium VI, Bldg. 4, Unit 16)
Permanent Parcel No.: 09-85502 (as to Condominium VI, Bldg. 5, Unit 1)
Permanent Parcel No.: 09-85503 (as to Condominium VI, Bldg. 5, Unit 2)
Permanent Parcel No.: 09-85504 (as to Condominium VI, Bldg. 5, Unit 3)
Permanent Parcel No.: 09-85505 (as to Condominium VI, Bldg. 5, Unit 4)
Permanent Parcel No.: 09-85506 (as to Condominium VI, Bldg. 5, Unit 5)
Permanent Parcel No.: 09-85507 (as to Condominium VI, Bldg. 5, Unit 6)
Permanent Parcel No.: 09-85508 (as to Condominium VI, Bldg. 5, Unit 7)
Permanent Parcel No.: 09-85509 (as to Condominium VI, Bldg. 5, Unit 8)
Permanent Parcel No.: 09-85510 (as to Condominium VI, Bldg. 5, Unit 9)
Permanent Parcel No.: 09-85511 (as to Condominium VI, Bldg. 5, Unit 10)
Permanent Parcel No.: 09-85512 (as to Condominium VI, Bldg. 5, Unit 11)
Permanent Parcel No.: 09-85513 (as to Condominium VI, Bldg. 5, Unit 12)
Permanent Parcel No.: 09-85514 (as to Condominium VI, Bldg. 5, Unit 13)
Permanent Parcel No.: 09-85515 (as to Condominium VI, Bldg. 5, Unit 14)
Permanent Parcel No.: 09-85516 (as to Condominium VI, Bldg. 5, Unit 15)

OTIRB Record Products

Permanent Parcel No.: 09-85517 (as to Condominium VI, Bldg. 5, Unit 16)
Permanent Parcel No.: 09-85518 (as to Condominium VI, Bldg. 5-1/2, Unit 1)
Permanent Parcel No.: 09-85519 (as to Condominium VI, Bldg. 5-1/2, Unit 2)
Permanent Parcel No.: 09-85520 (as to Condominium VI, Bldg. 5-1/2, Unit 3)
Permanent Parcel No.: 09-85521 (as to Condominium VI, Bldg. 5-1/2, Unit 4)
Permanent Parcel No.: 09-85522 (as to Condominium VI, Bldg. 5-1/2, Unit 5)
Permanent Parcel No.: 09-85523 (as to Condominium VI, Bldg. 5-1/2, Unit 6)
Permanent Parcel No.: 09-85524 (as to Condominium VI, Bldg. 5-1/2, Unit 7)
Permanent Parcel No.: 09-85525 (as to Condominium VI, Bldg. 5-1/2, Unit 8)
Permanent Parcel No.: 09-85526 (as to Condominium VI, Bldg. 6, Unit 1)
Permanent Parcel No.: 09-85527 (as to Condominium VI, Bldg. 6, Unit 2)
Permanent Parcel No.: 09-85528 (as to Condominium VI, Bldg. 6, Unit 3)
Permanent Parcel No.: 09-85529 (as to Condominium VI, Bldg. 6, Unit 4)
Permanent Parcel No.: 09-85530 (as to Condominium VI, Bldg. 6, Unit 5)
Permanent Parcel No.: 09-85531 (as to Condominium VI, Bldg. 6, Unit 6)
Permanent Parcel No.: 09-85532 (as to Condominium VI, Bldg. 6, Unit 7)
Permanent Parcel No.: 09-85533 (as to Condominium VI, Bldg. 6, Unit 8)
Permanent Parcel No.: 09-85534 (as to Condominium VI, Bldg. 6, Unit 9)
Permanent Parcel No.: 09-85535 (as to Condominium VI, Bldg. 6, Unit 10)
Permanent Parcel No.: 09-85536 (as to Condominium VI, Bldg. 6, Unit 11)
Permanent Parcel No.: 09-85537 (as to Condominium VI, Bldg. 6, Unit 12)
Permanent Parcel No.: 09-85538 (as to Condominium VI, Bldg. 6, Unit 13)
Permanent Parcel No.: 09-85539 (as to Condominium VI, Bldg. 6, Unit 14)
Permanent Parcel No.: 09-85540 (as to Condominium VI, Bldg. 6, Unit 15)
Permanent Parcel No.: 09-85541 (as to Condominium VI, Bldg. 6, Unit 16)
Permanent Parcel No.: 09-85542 (as to Condominium VI, Bldg. 7, Unit 1)
Permanent Parcel No.: 09-85543 (as to Condominium VI, Bldg. 7, Unit 2)
Permanent Parcel No.: 09-85544 (as to Condominium VI, Bldg. 7, Unit 3)
Permanent Parcel No.: 09-85545 (as to Condominium VI, Bldg. 7, Unit 4)
Permanent Parcel No.: 09-85546 (as to Condominium VI, Bldg. 7, Unit 5)
Permanent Parcel No.: 09-85547 (as to Condominium VI, Bldg. 7, Unit 6)
Permanent Parcel No.: 09-85548 (as to Condominium VI, Bldg. 7, Unit 7)
Permanent Parcel No.: 09-85549 (as to Condominium VI, Bldg. 7, Unit 8)
Permanent Parcel No.: 09-85550 (as to Condominium VI, Bldg. 7, Unit 9)
Permanent Parcel No.: 09-85551 (as to Condominium VI, Bldg. 7, Unit 10)
Permanent Parcel No.: 09-85552 (as to Condominium VI, Bldg. 7, Unit 11)
Permanent Parcel No.: 09-85553 (as to Condominium VI, Bldg. 7, Unit 12)
Permanent Parcel No.: 09-85554 (as to Condominium VI, Bldg. 7, Unit 13)
Permanent Parcel No.: 09-85555 (as to Condominium VI, Bldg. 7, Unit 14)
Permanent Parcel No.: 09-85556 (as to Condominium VI, Bldg. 7, Unit 15)
Permanent Parcel No.: 09-85557 (as to Condominium VI, Bldg. 7, Unit 16)
Permanent Parcel No.: 09-85558 (as to Condominium VI, Bldg. 8, Unit 1)
Permanent Parcel No.: 09-85559 (as to Condominium VI, Bldg. 8, Unit 2)
Permanent Parcel No.: 09-85560 (as to Condominium VI, Bldg. 8, Unit 3)

OTIRB Record Products

Permanent Parcel No.: 09-85561 (as to Condominium VI, Bldg. 8, Unit 4)
Permanent Parcel No.: 09-85562 (as to Condominium VI, Bldg. 8, Unit 5)
Permanent Parcel No.: 09-85563 (as to Condominium VI, Bldg. 8, Unit 6)
Permanent Parcel No.: 09-85564 (as to Condominium VI, Bldg. 8, Unit 7)
Permanent Parcel No.: 09-85565 (as to Condominium VI, Bldg. 8, Unit 8)
Permanent Parcel No.: 09-85566 (as to Condominium VI, Bldg. 8, Unit 9)
Permanent Parcel No.: 09-85567 (as to Condominium VI, Bldg. 8, Unit 10)
Permanent Parcel No.: 09-85568 (as to Condominium VI, Bldg. 8, Unit 11)
Permanent Parcel No.: 09-85569 (as to Condominium VI, Bldg. 8, Unit 12)
Permanent Parcel No.: 09-85570 (as to Condominium VI, Bldg. 8, Unit 13)
Permanent Parcel No.: 09-85571 (as to Condominium VI, Bldg. 8, Unit 14)
Permanent Parcel No.: 09-85572 (as to Condominium VI, Bldg. 8, Unit 15)
Permanent Parcel No.: 09-85573 (as to Condominium VI, Bldg. 8, Unit 16)
Permanent Parcel No.: 09-85574 (as to Condominium VII, Bldg. 16, Unit 1)
Permanent Parcel No.: 09-85575 (as to Condominium VII, Bldg. 16, Unit 2)
Permanent Parcel No.: 09-85576 (as to Condominium VII, Bldg. 16, Unit 3)
Permanent Parcel No.: 09-85577 (as to Condominium VII, Bldg. 16, Unit 4)
Permanent Parcel No.: 09-85578 (as to Condominium VII, Bldg. 16, Unit 5)
Permanent Parcel No.: 09-85579 (as to Condominium VII, Bldg. 16, Unit 6)
Permanent Parcel No.: 09-85580 (as to Condominium VII, Bldg. 16, Unit 7)
Permanent Parcel No.: 09-85581 (as to Condominium VII, Bldg. 16, Unit 8)
Permanent Parcel No.: 09-85582 (as to Condominium VII, Bldg. 16, Unit 9)
Permanent Parcel No.: 09-85583 (as to Condominium VII, Bldg. 16, Unit 10)
Permanent Parcel No.: 09-85584 (as to Condominium VII, Bldg. 16, Unit 11)
Permanent Parcel No.: 09-85585 (as to Condominium VII, Bldg. 16, Unit 12)
Permanent Parcel No.: 09-85586 (as to Condominium VII, Bldg. 16, Unit 13)
Permanent Parcel No.: 09-85587 (as to Condominium VII, Bldg. 16, Unit 14)
Permanent Parcel No.: 09-85588 (as to Condominium VII, Bldg. 16, Unit 15)
Permanent Parcel No.: 09-85589 (as to Condominium VII, Bldg. 16, Unit 16)
Permanent Parcel No.: 09-85590 (as to Condominium VII, Bldg. 17, Unit 1)
Permanent Parcel No.: 09-85591 (as to Condominium VII, Bldg. 17, Unit 2)
Permanent Parcel No.: 09-85592 (as to Condominium VII, Bldg. 17, Unit 3)
Permanent Parcel No.: 09-85593 (as to Condominium VII, Bldg. 17, Unit 4)
Permanent Parcel No.: 09-85594 (as to Condominium VII, Bldg. 17, Unit 5)
Permanent Parcel No.: 09-85595 (as to Condominium VII, Bldg. 17, Unit 6)
Permanent Parcel No.: 09-85596 (as to Condominium VII, Bldg. 17, Unit 7)
Permanent Parcel No.: 09-85597 (as to Condominium VII, Bldg. 17, Unit 8)
Permanent Parcel No.: 09-85598 (as to Condominium VII, Bldg. 17, Unit 9)
Permanent Parcel No.: 09-85599 (as to Condominium VII, Bldg. 17, Unit 10)
Permanent Parcel No.: 09-85600 (as to Condominium VII, Bldg. 17, Unit 11)
Permanent Parcel No.: 09-85601 (as to Condominium VII, Bldg. 17, Unit 12)
Permanent Parcel No.: 09-85602 (as to Condominium VII, Bldg. 17, Unit 13)
Permanent Parcel No.: 09-85603 (as to Condominium VII, Bldg. 17, Unit 14)
Permanent Parcel No.: 09-85604 (as to Condominium VII, Bldg. 17, Unit 15)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85605 (as to Condominium VII, Bldg. 17, Unit 16)
Permanent Parcel No.: 09-85606 (as to Condominium VII, Bldg. 18, Unit 1)
Permanent Parcel No.: 09-85607 (as to Condominium VII, Bldg. 18, Unit 2)
Permanent Parcel No.: 09-85608 (as to Condominium VII, Bldg. 18, Unit 3)
Permanent Parcel No.: 09-85609 (as to Condominium VII, Bldg. 18, Unit 4)
Permanent Parcel No.: 09-85610 (as to Condominium VII, Bldg. 18, Unit 5)
Permanent Parcel No.: 09-85611 (as to Condominium VII, Bldg. 18, Unit 6)
Permanent Parcel No.: 09-85612 (as to Condominium VII, Bldg. 18, Unit 7)
Permanent Parcel No.: 09-85613 (as to Condominium VII, Bldg. 18, Unit 8)
Permanent Parcel No.: 09-85614 (as to Condominium VII, Bldg. 18, Unit 9)
Permanent Parcel No.: 09-85615 (as to Condominium VII, Bldg. 18, Unit 10)
Permanent Parcel No.: 09-85616 (as to Condominium VII, Bldg. 18, Unit 11)
Permanent Parcel No.: 09-85617 (as to Condominium VII, Bldg. 18, Unit 12)
Permanent Parcel No.: 09-85618 (as to Condominium VII, Bldg. 18, Unit 13)
Permanent Parcel No.: 09-85619 (as to Condominium VII, Bldg. 18, Unit 14)
Permanent Parcel No.: 09-85620 (as to Condominium VII, Bldg. 18, Unit 15)
Permanent Parcel No.: 09-85621 (as to Condominium VII, Bldg. 18, Unit 16)
Permanent Parcel No.: 09-85622 (as to Condominium VII, Bldg. 19, Unit 1)
Permanent Parcel No.: 09-85623 (as to Condominium VII, Bldg. 19, Unit 2)
Permanent Parcel No.: 09-85624 (as to Condominium VII, Bldg. 19, Unit 3)
Permanent Parcel No.: 09-85625 (as to Condominium VII, Bldg. 19, Unit 4)
Permanent Parcel No.: 09-85626 (as to Condominium VII, Bldg. 19, Unit 5)
Permanent Parcel No.: 09-85627 (as to Condominium VII, Bldg. 19, Unit 6)
Permanent Parcel No.: 09-85628 (as to Condominium VII, Bldg. 19, Unit 7)
Permanent Parcel No.: 09-85629 (as to Condominium VII, Bldg. 19, Unit 8)
Permanent Parcel No.: 09-85630 (as to Condominium VII, Bldg. 19, Unit 9)
Permanent Parcel No.: 09-85631 (as to Condominium VII, Bldg. 19, Unit 10)
Permanent Parcel No.: 09-85632 (as to Condominium VII, Bldg. 19, Unit 11)
Permanent Parcel No.: 09-85633 (as to Condominium VII, Bldg. 19, Unit 12)
Permanent Parcel No.: 09-85634 (as to Condominium VII, Bldg. 19, Unit 13)
Permanent Parcel No.: 09-85635 (as to Condominium VII, Bldg. 19, Unit 14)
Permanent Parcel No.: 09-85636 (as to Condominium VII, Bldg. 19, Unit 15)
Permanent Parcel No.: 09-85637 (as to Condominium VII, Bldg. 19, Unit 16)
Permanent Parcel No.: 09-85638 (as to Condominium VII, Bldg. 20, Unit 1)
Permanent Parcel No.: 09-85639 (as to Condominium VII, Bldg. 20, Unit 2)
Permanent Parcel No.: 09-85640 (as to Condominium VII, Bldg. 20, Unit 3)
Permanent Parcel No.: 09-85641 (as to Condominium VII, Bldg. 20, Unit 4)
Permanent Parcel No.: 09-85642 (as to Condominium VII, Bldg. 20, Unit 5)
Permanent Parcel No.: 09-85643 (as to Condominium VII, Bldg. 20, Unit 6)
Permanent Parcel No.: 09-85644 (as to Condominium VII, Bldg. 20, Unit 7)
Permanent Parcel No.: 09-85645 (as to Condominium VII, Bldg. 20, Unit 8)
Permanent Parcel No.: 09-85646 (as to Condominium VII, Bldg. 20, Unit 9)
Permanent Parcel No.: 09-85647 (as to Condominium VII, Bldg. 20, Unit 10)
Permanent Parcel No.: 09-85648 (as to Condominium VII, Bldg. 20, Unit 11)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85649 (as to Condominium VII, Bldg. 20, Unit 12)
Permanent Parcel No.: 09-85650 (as to Condominium VII, Bldg. 20, Unit 13)
Permanent Parcel No.: 09-85651 (as to Condominium VII, Bldg. 20, Unit 14)
Permanent Parcel No.: 09-85652 (as to Condominium VII, Bldg. 20, Unit 15)
Permanent Parcel No.: 09-85653 (as to Condominium VII, Bldg. 20, Unit 16)
Permanent Parcel No.: 09-85654 (as to Condominium VII, Bldg. 21, Unit 1)
Permanent Parcel No.: 09-85655 (as to Condominium VII, Bldg. 21, Unit 2)
Permanent Parcel No.: 09-85656 (as to Condominium VII, Bldg. 21, Unit 3)
Permanent Parcel No.: 09-85657 (as to Condominium VII, Bldg. 21, Unit 4)
Permanent Parcel No.: 09-85658 (as to Condominium VII, Bldg. 21, Unit 5)
Permanent Parcel No.: 09-85659 (as to Condominium VII, Bldg. 21, Unit 6)
Permanent Parcel No.: 09-85660 (as to Condominium VII, Bldg. 21, Unit 7)
Permanent Parcel No.: 09-85661 (as to Condominium VII, Bldg. 21, Unit 8)
Permanent Parcel No.: 09-85662 (as to Condominium VII, Bldg. 21, Unit 9)
Permanent Parcel No.: 09-85663 (as to Condominium VII, Bldg. 21, Unit 10)
Permanent Parcel No.: 09-85664 (as to Condominium VII, Bldg. 21, Unit 11)
Permanent Parcel No.: 09-85665 (as to Condominium VII, Bldg. 21, Unit 12)
Permanent Parcel No.: 09-85666 (as to Condominium VII, Bldg. 21, Unit 13)
Permanent Parcel No.: 09-85667 (as to Condominium VII, Bldg. 21, Unit 14)
Permanent Parcel No.: 09-85668 (as to Condominium VII, Bldg. 21, Unit 15)
Permanent Parcel No.: 09-85669 (as to Condominium VII, Bldg. 21, Unit 16)
Permanent Parcel No.: 09-85670 (as to Condominium VII, Bldg. 25, Unit 1)
Permanent Parcel No.: 09-85671 (as to Condominium VII, Bldg. 25, Unit 2)
Permanent Parcel No.: 09-85672 (as to Condominium VII, Bldg. 25, Unit 3)
Permanent Parcel No.: 09-85673 (as to Condominium VII, Bldg. 25, Unit 4)
Permanent Parcel No.: 09-85674 (as to Condominium VII, Bldg. 25, Unit 5)
Permanent Parcel No.: 09-85675 (as to Condominium VII, Bldg. 25, Unit 6)
Permanent Parcel No.: 09-85676 (as to Condominium VII, Bldg. 25, Unit 7)
Permanent Parcel No.: 09-85677 (as to Condominium VII, Bldg. 25, Unit 8)
Permanent Parcel No.: 09-85678 (as to Condominium VII, Bldg. 25, Unit 9)
Permanent Parcel No.: 09-85679 (as to Condominium VII, Bldg. 25, Unit 10)
Permanent Parcel No.: 09-85680 (as to Condominium VII, Bldg. 25, Unit 11)
Permanent Parcel No.: 09-85681 (as to Condominium VII, Bldg. 25, Unit 12)
Permanent Parcel No.: 09-85682 (as to Condominium VII, Bldg. 25, Unit 13)
Permanent Parcel No.: 09-85683 (as to Condominium VII, Bldg. 25, Unit 14)
Permanent Parcel No.: 09-85684 (as to Condominium VII, Bldg. 25, Unit 15)
Permanent Parcel No.: 09-85685 (as to Condominium VII, Bldg. 25, Unit 16)
Permanent Parcel No.: 09-85686 (as to Condominium VII, Bldg. 26, Unit 1)
Permanent Parcel No.: 09-85687 (as to Condominium VII, Bldg. 26, Unit 2)
Permanent Parcel No.: 09-85688 (as to Condominium VII, Bldg. 26, Unit 3)
Permanent Parcel No.: 09-85689 (as to Condominium VII, Bldg. 26, Unit 4)
Permanent Parcel No.: 09-85690 (as to Condominium VII, Bldg. 26, Unit 5)
Permanent Parcel No.: 09-85691 (as to Condominium VII, Bldg. 26, Unit 6)
Permanent Parcel No.: 09-85692 (as to Condominium VII, Bldg. 26, Unit 7)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85693 (as to Condominium VII, Bldg. 26, Unit 8)
Permanent Parcel No.: 09-85694 (as to Condominium VII, Bldg. 26, Unit 9)
Permanent Parcel No.: 09-85695 (as to Condominium VII, Bldg. 26, Unit 10)
Permanent Parcel No.: 09-85696 (as to Condominium VII, Bldg. 26, Unit 11)
Permanent Parcel No.: 09-85697 (as to Condominium VII, Bldg. 26, Unit 12)
Permanent Parcel No.: 09-85698 (as to Condominium VII, Bldg. 26, Unit 13)
Permanent Parcel No.: 09-85699 (as to Condominium VII, Bldg. 26, Unit 14)
Permanent Parcel No.: 09-85700 (as to Condominium VII, Bldg. 26, Unit 15)
Permanent Parcel No.: 09-85701 (as to Condominium VII, Bldg. 26, Unit 16)
Permanent Parcel No.: 09-85702 (as to Condominium VII, Bldg. 27, Unit 1)
Permanent Parcel No.: 09-85703 (as to Condominium VII, Bldg. 27, Unit 2)
Permanent Parcel No.: 09-85704 (as to Condominium VII, Bldg. 27, Unit 3)
Permanent Parcel No.: 09-85705 (as to Condominium VII, Bldg. 27, Unit 4)
Permanent Parcel No.: 09-85706 (as to Condominium VII, Bldg. 27, Unit 5)
Permanent Parcel No.: 09-85707 (as to Condominium VII, Bldg. 27, Unit 6)
Permanent Parcel No.: 09-85708 (as to Condominium VII, Bldg. 27, Unit 7)
Permanent Parcel No.: 09-85709 (as to Condominium VII, Bldg. 27, Unit 8)
Permanent Parcel No.: 09-85710 (as to Condominium VII, Bldg. 27, Unit 9)
Permanent Parcel No.: 09-85711 (as to Condominium VII, Bldg. 27, Unit 10)
Permanent Parcel No.: 09-85712 (as to Condominium VII, Bldg. 27, Unit 11)
Permanent Parcel No.: 09-85713 (as to Condominium VII, Bldg. 27, Unit 12)
Permanent Parcel No.: 09-85714 (as to Condominium VII, Bldg. 27, Unit 13)
Permanent Parcel No.: 09-85715 (as to Condominium VII, Bldg. 27, Unit 14)
Permanent Parcel No.: 09-85716 (as to Condominium VII, Bldg. 27, Unit 15)
Permanent Parcel No.: 09-85717 (as to Condominium VII, Bldg. 27, Unit 16)
Permanent Parcel No.: 09-85718 (as to Condominium VII, Bldg. 30, Unit 1)
Permanent Parcel No.: 09-85719 (as to Condominium VII, Bldg. 30, Unit 2)
Permanent Parcel No.: 09-85720 (as to Condominium VII, Bldg. 30, Unit 3)
Permanent Parcel No.: 09-85721 (as to Condominium VII, Bldg. 30, Unit 4)
Permanent Parcel No.: 09-85722 (as to Condominium VII, Bldg. 30, Unit 5)
Permanent Parcel No.: 09-85723 (as to Condominium VII, Bldg. 30, Unit 6)
Permanent Parcel No.: 09-85724 (as to Condominium VII, Bldg. 30, Unit 7)
Permanent Parcel No.: 09-85725 (as to Condominium VII, Bldg. 30, Unit 8)
Permanent Parcel No.: 09-85726 (as to Condominium VII, Bldg. 30, Unit 9)
Permanent Parcel No.: 09-85727 (as to Condominium VII, Bldg. 30, Unit 10)
Permanent Parcel No.: 09-85728 (as to Condominium VII, Bldg. 30, Unit 11)
Permanent Parcel No.: 09-85729 (as to Condominium VII, Bldg. 30, Unit 12)
Permanent Parcel No.: 09-85730 (as to Condominium VII, Bldg. 30, Unit 13)
Permanent Parcel No.: 09-85731 (as to Condominium VII, Bldg. 30, Unit 14)
Permanent Parcel No.: 09-85732 (as to Condominium VII, Bldg. 30, Unit 15)
Permanent Parcel No.: 09-85733 (as to Condominium VII, Bldg. 30, Unit 16)
Permanent Parcel No.: 09-85734 (as to Condominium VII, Bldg. 31, Unit 1)
Permanent Parcel No.: 09-85735 (as to Condominium VII, Bldg. 31, Unit 2)
Permanent Parcel No.: 09-85736 (as to Condominium VII, Bldg. 31, Unit 3)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Permanent Parcel No.: 09-85737 (as to Condominium VII, Bldg. 31, Unit 4)
Permanent Parcel No.: 09-85738 (as to Condominium VII, Bldg. 31, Unit 5)
Permanent Parcel No.: 09-85739 (as to Condominium VII, Bldg. 31, Unit 6)
Permanent Parcel No.: 09-85740 (as to Condominium VII, Bldg. 31, Unit 7)
Permanent Parcel No.: 09-85741 (as to Condominium VII, Bldg. 31, Unit 8)
Permanent Parcel No.: 09-85742 (as to Condominium VII, Bldg. 31, Unit 9)
Permanent Parcel No.: 09-85743 (as to Condominium VII, Bldg. 31, Unit 10)
Permanent Parcel No.: 09-85744 (as to Condominium VII, Bldg. 31, Unit 11)
Permanent Parcel No.: 09-85745 (as to Condominium VII, Bldg. 31, Unit 12)
Permanent Parcel No.: 09-85746 (as to Condominium VII, Bldg. 31, Unit 13)
Permanent Parcel No.: 09-85747 (as to Condominium VII, Bldg. 31, Unit 14)
Permanent Parcel No.: 09-85748 (as to Condominium VII, Bldg. 31, Unit 15)
Permanent Parcel No.: 09-85749 (as to Condominium VII, Bldg. 31, Unit 16)

Parcel 2:

Situated in the City of Toledo, County of Lucas and State of Ohio:

And known as being all that part of Lot three (3) Larchmont Gardens in the Northeast one-quarter (1/4) of Section fifteen (15), Town nine (9) South, Range seven (7) East, in the City of Toledo, Lucas County, Ohio, bounded and described as follows:

Beginning at a point in the Southerly line of the right-of-way of The Toledo Terminal Railroad, which point is distant Southerly seventy (70) feet from the North line of said Section fifteen (15), and distant Westerly seven hundred sixty-two and thirty-six hundredths (762.36) feet from the North and South centerline of the said Northeast one-quarter (1/4) of Section fifteen (15);

Thence South zero (00) degrees, fifty-eight (58) minutes, seven (7) seconds West, a distance of one hundred forty-nine and sixty-five hundredths (149.65) feet;

Thence South thirteen (13) degrees, eleven (11) minutes, nineteen (19) seconds East, a distance of one hundred seventy-six and fifty-three hundredths (176.53) feet to a point in the Northerly line of Slater Street (so-called);

Thence along the said Northerly line of Slater Street the following three courses:

A distance of eighty and eighty-six hundredths (80.86) feet on a curve to the right having a radius of eight hundred eighty-eight and fifteen hundredths (888.15) feet, a central angle of five (5) degrees, twelve (12) minutes, fifty-eight (58) seconds, a chord of eighty-seven (87) degrees, twenty-three (23) minutes, thirty-one (31) seconds West;

North ninety (90) degrees, zero (00) minutes, zero (00) seconds West, a distance of two hundred eighty-eight and forty hundredths (288.40) feet, and a distance of forty-two and sixty-five

OTIRB Record Products                           Preliminary Judicial Report
                                                          (04/15/2010)

hundredths (42.65) feet on a curve to the right having a radius of two hundred forty-five and
forty-five hundredths (245.45) feet, a central angle of nine (9) degrees, fifty-seven (57) minutes,
twenty-three (23) seconds, a chord of forty-two and sixty hundredths (42.60) feet and a chord
bearing North eighty-five (85) degrees, one (1) minute, eighteen (18) seconds West;

Thence North twenty-eight (28) degrees, thirty (30) minutes, zero (00) seconds East, a distance of
one hundred seventy-one and sixteen hundredths (171.16) feet;

Thence North zero (00) degrees, fifty-eight (58) minutes, seven (7) seconds East, a distance of
one hundred seventy-five and ninety-eight hundredths (175.98) feet to a point in the Southerly
line of the right-of-way of the said Toledo Terminal Railroad;

Thence South eighty-nine (89) degrees, one (1) minute, fifty-three (53) seconds East, along the
said Southerly line of the right-of-way of The Toledo Terminal Railroad, a distance of two
hundred eighty-nine and twenty-three hundredths (289.23) feet to the point of beginning.
Permanent Parcel No.: 09-53761


Parcel 3:

Situated in the City of Toledo, County of Lucas and State of Ohio:

And known as being all that part of the Northeast one-quarter (1/4) of Section fifteen (15), Town
nine (9) South, Range seven (7) East, in the City of Toledo, Lucas County, Ohio bounded and
described as follows:

Beginning at a point in the Southerly line of the right-of-way of The Toledo Terminal Railroad,
which point is distant Southerly seventy (70) feet from the North line of said Section fifteen (15),
and distant sixteen and five tenths (16.5) feet from the North and South centerline of the said
Northeast one-quarter (1/4) of Section fifteen (15);

Thence North eighty-nine (89) degrees, one (1) minute, fifty-three (53) seconds West, along the
said Southerly line of the right-of-way of The Toledo Terminal Railroad, which line is drawn
parallel to the said North line of Section fifteen (15), a distance of two hundred seventeen and
two hundredths (217.02) feet (recorded as two hundred seventeen and one hundredth (217.01)
feet);

Thence South zero (00) degrees, twenty-three (23) minutes, forty-three (43) seconds West along
a line parallel to the said North and South centerline of the Northeast one-quarter (1/4) of Section
fifteen (15), a distance of one hundred seventy-nine and fifty-six hundredths (179.56) feet to a
point in the Northerly line of Slater Street (so called);

Thence a distance of two hundred twenty and twenty-seven hundredths (220.27) feet (recorded as
two hundred twenty and twenty-six hundredths (220.26) feet) along the said Northerly line of

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

Slater Street on a curve to the right having a radius of nine hundred eight and seventy-one
hundredths (908.71) feet and a central angle of thirteen (13) degrees, fifty-three (53) minutes,
eighteen (18) seconds, a chord of two hundred nineteen and seventy-three hundredths (219.73)
feet and a chord bearing North eighty-one (81) degrees, twenty-two (22) minutes, twelve (12)
seconds East;

Thence North zero (00) degrees, twenty-three (23) minutes, forty-three (43) seconds East along a
line parallel to the said North and South centerline of this Northeast one-quarter (1/4) of Section
fifteen (15), a distance of one hundred forty-two and ninety-two hundredths (142.92) feet
(recorded as one hundred forty-three and sixteen hundredths (143.16) feet) to the point of
beginning.
Permanent Parcel No.: 18-21409

Parcel 4:

Situated in the City of Toledo, County of Lucas and State of Ohio:

And known as being all of that part of the Northeast one-quarter (1/4) of Section fifteen (15),
Town nine (9) South, Range seven (7) East, in the City of Toledo, Lucas County, Ohio, bounded
and described as follows:

Beginning at a point in the Southerly line of the right-of-way of The Toledo Terminal Railroad,
which point is distant Southerly seventy and no tenths (70.0) feet from the Northerly line of the
said Section fifteen (15), and distant Westerly sixteen and fifty hundredths (16.50) feet from the
North and South centerline of the said Northeast one-quarter (1/4) of Section fifteen (15);

Thence Westerly on a bearing of North eighty-nine (89) degrees, one (1) minute, fifty-three (53)
seconds West, calculated, along the Southerly line of the right-of-way of The Toledo Terminal
Railroad, which line is drawn parallel to the said Northerly line of Section fifteen (15), a distance
of two hundred seventeen and one hundredth (217.01) feet, deed, or two hundred seventeen and
two hundredths (217.02) feet, calculated, more or less, to the Northeasterly corner of the Plat of
Larchmont Gardens, a plat of record, recorded in Volume 52, pages 51 and 52, Book of Plats,
Lucas County, Ohio Records (said Northeasterly corner of the plat of Larchmont Gardens being
the Northeasterly corner of Lot three (3) in the said Plat of Larchmont Gardens);

Thence Southerly on a bearing of South zero (00) degrees, twenty-three (23) minutes, forty-three
(43) seconds West, calculated, along a line drawn parallel to the said North and South centerline
of the Northeast one-quarter (1/4) of Section fifteen (15) (said line drawn parallel to the
aforementioned North and South centerline of the Northeast one-quarter (1/4) of Section fifteen
(15) being the Easterly line of the aforementioned plat of Larchmont Gardens), a distance of one
thousand, one hundred eighty-six and thirty-four hundredths (1,186.34) feet, deed and record, or
one thousand, one hundred eighty-six and twenty-four hundredths (1,186.24) feet, calculated,
more or less, to a point in the Northerly line of Plat No. 2 of Homeville, a plat of record, recorded

OTIRB Record Products

in Volume 31, pages 39 to 42, both inclusive, Book of Plats, Lucas County, Ohio records; (the aforementioned point in the Northerly line of the said Plat No. 2 of Homeville being the Southeasterly corner of the said Plat of Larchmont Gardens, which is also the Southeasterly corner of Lot six (6) in the said Plat of Larchmont Gardens);

Thence Easterly on a bearing of North ninety (90) degrees, zero (00) minutes, zero (00) seconds East, calculated, along the said Northerly line of Plat No. 2 of Homeville, and its Easterly extension, a distance of two hundred seventeen and one hundredths (217.01) feet, deed and calculated, more or less, to a point that is distant Westerly sixteen and fifty hundredths (16.50) feet from the said North and South centerline of the Northeast one-quarter (1/4) of Section fifteen (15);

Thence Northerly, on a bearing of North zero (00) degrees, twenty-three (23) minutes, forty-three (43) seconds East, calculated, along a line drawn parallel to the said North and South centerline of the Northeast one-quarter (1/4) of Section fifteen (15), a distance of one thousand, one hundred eighty-two and sixty-eight hundredths (1,182.68) feet, deed, or one thousand, one hundred eighty-two and fifty-seven hundredths (1,182.57) feet, calculated, more or less, to the point of beginning;

Excepting therefrom those parts thereof dedicated for the extension of Slater Street and Cribb Street as shown on the aforementioned plat of Larchmont Gardens, containing 5.297 acres of land, more or less.

Subject to all legal easements and restrictions and leases of record and of records in respective utility offices. The bearings referred to herein are based upon an assumed meridian and are used only for the termination of angular measurements.

Excepting from the above described parcel the following described parcel:

Situated in the City of Toledo, County of Lucas and State of Ohio:

And known as being all of that part of the Northeast one-quarter (1/4) of Section fifteen (15), Town nine (9) South, Range seven (7) East, in the City of Toledo, county of Lucas and State of Ohio and bounded as follows:

Beginning at a point in the Southerly line of the right-of-way of The Toledo Terminal Railroad, which point is distant Southerly seventy (70) feet from the North line of said Section fifteen (15), and distant Westerly sixteen and five tenths (16.5) feet from the North and South centerline of the said Northeast one-quarter (1/4) of Section fifteen (15);

Thence North eighty-nine (89) degrees, one (1) minute, fifty-three (53) seconds West, along the said Southerly line of the right-of-way of The Toledo Terminal Railroad, which line is drawn parallel to the said North line of Section fifteen (15), a distance of two hundred seventeen and two hundredths (217.02) feet (recorded as two hundred seventeen and one hundredth (217.01)

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

feet);

Thence South zero (00) degrees, twenty-three (23) minutes, forty-three (43) seconds West, along a line parallel to the said North and South centerline of the Northeast one-quarter (1/4) of Section fifteen (15),, a distance of one hundred seventy-nine and fifty-six hundredths (179.56) feet to a point in the Northerly line of Slater Street (so-called);

Thence a distance of two hundred twenty and twenty-seven hundredths (220.27) feet (recorded as two hundred twenty and twenty-six hundredths (220.26) feet) along the said Northerly line of Slater Street on a curve to the right having a radius of nine hundred eight and seventy-one hundredths (908.71) feet, a central angle of thirteen (13) degrees, fifty-three (53) minutes, eighteen (18) seconds a chord of two hundred nineteen and seventy-three hundredths (219.73) feet and a chord bearing North eighty-one (81) degrees, twenty-two (22) minutes, twelve (12) seconds East;

Thence North zero (00) degrees, twenty-three (23) minutes, forty-three (43) seconds East, along a line parallel to the said North and South centerline of the Northeast one-quarter (1/4) of Section fifteen (15), a distance of one hundred forty-two and ninety-two hundredths (142.92) feet (recorded as one hundred forty-three and sixteen hundredths (143.16) feet) to the point of beginning.

Permanent Parcel No.: 18-21405 (Part of Parcel 4)
Permanent Parcel No.: 18-21406 (Part of Parcel 4)

## SCHEDULE B

The matters shown below are exceptions to this Preliminary Judicial Report and the Company assumes no liability arising therefrom.

1.  In Common Pleas Court, Lucas County, Ohio Case #CI201003193 entitled PNC Bank, National Association successor to National City Bank, Plaintiff vs. Kidz Real Estate Group LLC et al, Defendants, a complaint was filed on April 6, 2010 to foreclose on Mortgage OR 20050203-0007813. Service of Summons has been completed on all named Defendants. On April 6, 2010 a motion was filed by Plaintiff for appoint of a receiver. On August 12, 2010 Patricia Moutes of the real estate investment company McKinley, Inc. was appointed receiver fro Kidz Real Estate Group, LLC. On August 13, 2010 an appeal of the appointment of receiver was filed by Kidz Real Estate Group, LLC in the Sixth District Court of Appeals #L10-1231. On March 16, 2011 Decision and Judgment of the Sixth District Court of Appeals was filed dismissing the appeal. On June 2, 2011 an amended complaint was filed by Plaintiff. On June 30, 2011 a stipulated order was filed stating that Defendant has located a buyer for the property and that the parties agreed to proceed with the sale on June 30, 2011 and that the receivers shall file a motion to

OTIRB Record Products

terminate the receivership. On August 16, 2011 a motion was filed to approve receiver's final report and terminate receivership. On August 25, 2011 Defendant "Kidz" filed an objection to the aforesaid motion. On October 28, 2011 an order was filed terminating and discharging the receiver and "Kidz" denied leave to file suit against receiver. On December 21, 2011 "Kidz" appealed the court's decision that it could not sue the receiver in Sixth District Court of Appeals #L11-1303. A decision of the Court of Appeals on April 5, 2013 reversed the Common Pleas Court's Decision of October 28, 2011 and remanded the case for further proceedings. On May 15, 2013 the receiver filed an appeal of the Sixth District Court of Appeals decision filed on April 13, 2013 with the Ohio Supreme Court. On September 4, 2013, the Ohio Supreme Court declined jurisdiction over the matter. On October 10, 2013 the original case was reactivated. On March 20, 2015, a Motion to Intervene was filed by The City of Toledo. Pending.
NOTE: Mortgage 20050203-0007813 was released of record on December 17, 2013 as OR 20131217-0064167.

2.  Common Pleas Court, Lucas County, Ohio, Case No. CI0201404948 entitled James R. Cole, et al, Plaintiffs, vs. Kidz Real Estate Group, LLC, et al, Defendants, there was on December 11, 2014 a Class Action Complaint filed by various tenants of Riviera Maia Apartment Complex. On March 20, 2015 a Motion to Intervene was filed by United National Insurance Company. Thereafter on March 23, 2015 a Judgment Entry was filed granting said motion. On March 23, 2015 the Intervenor's Complaint was filed by United National Insurance Company. Pending

3.  Common Pleas Court, Lucas County, Ohio, Case No. CI0201405130 entitled City of Toledo, Plaintiff, vs. Kidz Real Estate Group, LLC, et al, Defendants, there was on December 31, 2014 a Complaint was filed for unpaid water, sewer and storm water charges, and nuisance abatement, and security costs. Pending.

4.  Common Pleas Court, Lucas County, Ohio, Case No. CI0201502179 entitled SB Spring, LLC, a California limited liability company, Plaintiff, vs. Kidz Real Estate Group, LLC, et al, Defendants, there was on April 9, 2015 a Complaint for Breach of Promissory Note; Breach of Guaranty Foreclosure; Appointment of Receiver and Assignment of Rents. Pending.

5.  On June 12, 2010 at 9:09 A.M. there was filed in Common Pleas Court, Lucas County, Ohio, a lien wherein the State of Ohio Bureau of Worker's Compensation claimed a lien against Kidz Real Estate Group LLC Riviera Maia, in the amount of $13,385.59 for compensation premiums due the State of Ohio Insurance Fund (Risk No. 1460131-0 Account No. 8947138).
See LN0201007458.
Unreleased of record.

6.  Mortgage from Kidz Real Estate Group, LLC, an Ohio limited liability company, to SB Spring, LLC, a California limited liability company, dated November 27, 2013, filed for

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

record December 17, 2013 at 11:28 A.M. and recorded as OR 20131217-0064169, in the
amount of $1,500,000.00.
Unreleased of record.
NOTE: The above is described as an Open-End Mortgage.

7.      Assignment of Leases and Rents from Kidz Real Estate Group, LLC, an Ohio limited
        liability company, to SB Spring, LLC, a California limited liability company, dated
        November 27, 2013, filed for record December 17, 2013 at 11:28 A.M. and recorded as
        OR 20131217-0064170, in the amount of $1,500,000.00.
        Unreleased of record.

8.      UCC Financing Statement by Kidz Real Estate Group, LLC, an Ohio limited liability
        company, to SB Spring, LLC, filed for record December 17, 2013 at 11:28 A.M. and
        recorded as OR 20131217-0064171.

9.      Notice of Processing of Foreign Judgment filed In Common Pleas Court Court, Lucas
        County, Ohio, titled Schiller Ducanto and Fleck LLP, Plaintiff, vs. Kidz Real Estate
        Group, LLC Defendant, there was on February 5, 2015, a Certificate of Lien filed in
        Common Pleas Court, Lucas County, Ohio.
        See File No. LN0201501993.
        Joshua M. Jackson, Attorney for Plaintiff.
        Unreleased of record.
        NOTE: No amount was set forth in the above document, however, the docket
        information by the Lucas County Ohio Common Pleas Court, Clerk of Courts sets forth
        an amount of $405,610.79.

10.     Notice of Processing of Foreign Judgment filed In Common Pleas Court Court, Lucas
        County, Ohio, titled Deborah Kimelman vs. Kidz Real Estate Group, LLC et al,
        Defendants, there was on February 5, 2015, a Certificate of Lien filed in Common Pleas
        Court, Lucas County, Ohio.
        See File No. LN0201501994.
        Deborah S. Kimelman, Attorney.
        Unreleased of record.
        NOTE: No amount was set forth in the above document, however, the docket information
        by the Lucas County Ohio Common Pleas Court, Clerk of Courts sets forth an amount of
        $260,000.00.

11.     In Toledo Municipal Court, Lucas County, Ohio, Cause No. CVI-14-08401 titled Maria
        Elena Salazar, Plaintiff, vs. Kidz Real Estate Group, LLC et al Defendants, there was a
        judgment in the amount of $3,068.50 rendered against said Defendant, for which amount,
        plus interest and costs, there was on February 9, 2015, a Certificate of Lien filed in
        Common Pleas Court, Lucas County, Ohio.
        See File No. LN0201502030.
        Stewart W. Jones, Attorney for Plaintiff.

OTIRB Record Products                                         Preliminary Judicial Report
                                                             (04/15/2010)

Unreleased of record.

12.     In Toledo Municipal Court, Lucas County, Ohio, Cause No. CRB-13-20101 titled City of
        Toledo , Plaintiff, vs. Kidz Real Estate Group, LLC et al  Defendants, there was a
        judgment in the amount of $85,264.45 rendered against said Defendants, for which
        amount, plus interest and costs, there was on March 30, 2015, a Certificate of Lien filed in
        Common Pleas Court, Lucas County, Ohio.
        See File No. LN0201503792.
        Unreleased of record.

13.     Taxes for caption premises are certified delinquent for 2013 and are currently due and
        payable.
        Taxes for the first half of the year 2014 plus penalty and inter st charges are not paid and
are due and payable.
        Taxes for the last half of the year 2014, are not paid.
        Taxes for the year 2015 are a lien, not yet due or payable.

        We have made no examination for taxes or assessments, which do not appear on the
        current tax duplicate.
        NOTE:  The above taxes are taken from the Treasurer's computer.  The 2015 tax duplicate
        is not yet available; therefore, we assume no liability for the accuracy of said computer.

14.     If applicable, said premises are subject to unpaid charges, if any, for sewer and/or water
        services provided to said premises.

15.     We have made no examination for building lines, rights of way, easements and restriction
        now of record.

16.     Said premises are subject to zoning ordinances and regulations, if any.

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

## CONDITIONS AND STIPULATIONS
## OF THIS PRELIMINARY JUDICIAL REPORT

1. Definition of Terms

"Guaranteed Party":  The party or parties named herein or the purchaser at judicial sale.

"Guaranteed Claimant":  Guaranteed Party claiming loss or damage hereunder.

"Land":  The land described specifically or by reference in Schedule A, and improvements affixed thereto, which by law constitute real property; provided however the term "land" does not include any property beyond the lines of the area specifically described or referred to in Schedule A, nor any right, title, interest, estate, or easement in abutting streets, roads, avenues, lanes, ways or waterways.

"Public Records":  Those records under state statute and, if a United States District Court resides in the county in which the Land is situated, the records of the clerk of the United States District Court, which impart constructive notice of matters relating to real property to purchasers for value without knowledge and which are required to be maintained in certain public offices in the county in which the land is situated.

2. Determination of Liability

This report together with any Final Judicial Report or any Supplement or Endorsement thereof, issued by the Company is the entire contract between the Guaranteed Party and the Company.

Any claim of monetary loss or damage, whether or not based on negligence, and which arises out of the status of the title to the estate or interest guaranteed hereby or any action asserting such claim, shall be restricted to this Report.

3. Liability of Company

This Report is a guarantee of the record title of the Land only, as disclosed by an examination of the Public Records herein defined.

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

4. Notice of Claim to be given by Guaranteed Party

In case knowledge shall come to the Guaranteed Party of any lien, encumbrance, defect, or other claim of title guaranteed against and not excepted in this Report, whether in a legal proceeding or otherwise, the Guaranteed Party shall notify the Company within a reasonable time in writing and secure to the Company the right to oppose such proceeding or claim, or to remove said lien, encumbrance or defect at its own cost. Any action for the payment of any loss under this Report must be commenced within one year after the Guaranteed Party receives actual notice that they may be required to pay money or other compensation for a matter covered by this Report or actual notice someone claims an interest in the Land covered by this Report.

5. Extent of Liability

The liability of the Company shall in no case exceed in all the amount stated herein and shall in all cases be limited to the actual loss, including but not limited to attorneys fees and costs of defense, only of the Guaranteed Claimant. Any and all payments under this Report shall reduce the amount of this Report pro tanto and the Company's liability shall terminate when the total amount of the Report has been paid.

6. Options to Pay or Otherwise Settle Claims; Termination of Liability

The Company in its sole discretion shall have the following options:

a. To pay or tender to the Guaranteed Claimant the amount of the Report or the balance remaining thereof, less any attorneys fees, costs or expenses paid by the Company to the date of tender. If this option is exercised, all liability of the Company under this Report terminates including but not limited to any liability for attorneys fees, or any costs of defense or prosecution of any litigation.

b. To pay or otherwise settle with other parties for or in the name of the Guaranteed Claimant any claims guaranteed by this Report.

c. To continue, re-open or initiate any judicial proceeding in order to adjudicate any claim covered by this Report. The Company shall have the right to select counsel of its choice (subject to the right of the Guaranteed Claimant to object for reasonable cause) to represent the Guaranteed Claimant and will not pay the fees of any other counsel.

d. To pay or tender to the Guaranteed Claimant the difference between the value of the estate or interest as guaranteed and the value of the estate or interest subject to the defect, lien or encumbrance guaranteed against by this Report

7. Notices

All notices required to be given to the Company shall be given promptly and any statements in

OTIRB Record Products

Preliminary Judicial Report
(04/15/2010)

writing required to be furnished to the Company shall be addressed to Old Republic National Title Insurance Company.

## EXCLUSIONS FROM COVERAGE

1. The Company assumes no liability under this Report for any loss, cost or damage resulting from any physical condition of the Land.

2. The Company assumes no liability under this Report for any loss, cost or damage resulting from any typographical, clerical or other errors in the Public Records.

3. The Company assumes no liability under the Report for matters affecting title subsequent to the date of this Report or the Final Judicial report or any supplement thereto.

4. The Company assumes no liability under this Report for the proper form or execution of any pleadings or other documents to be filed in any judicial proceedings.

5. The Company assumes no liability under this Report for any loss, cost, or damage resulting from the failure to complete service on any parties shown in Schedule B of the Preliminary Judicial Report and the Final Judicial Report or any Supplemental Report issued thereto.