# EXHIBIT J



Shumaker, Loop & Kendrick, LLP

000 Jackson Street  419.241.9000
Toledo, Ohio 43604-5573  419.241.6894 fax

www.slk-law.com

DAVID J. COYLE
419.321.1418
dcoyle@slk-law.com

July 7, 2015

**VIA HAND DELIVERY**

Ruth A. Seth
Supervisor of Collections
Lucas County Treasurer's Office
One Government Center
Suite 500
Toledo, OH 43604

Re: *Wade Kapszukiewicz, as Treasurer of Lucas County, Ohio v. Kidz Real Estate Group, LLC, et al.*
Lucas County Board of Revisions; Case No. G-4801-TF-0201501249-000
Our File No. 171018

Dear Ruth:

As we discussed, enclosed is a certified check in the amount of $438,502.96 in payment of real estate taxes owed by Kidz Real Estate Group, LLC. The enclosed payment is being made by our client SB Spring, LLC.

Very truly yours,

David J. Coyle

DJC/aca
Enclosure

SLK_TOL:#2595281v1

CHARLOTTE | COLUMBUS | SARASOTA | TAMPA | TOLEDO

332 - Superior
Toledo, Ohio

**OFFICIAL CHECK**

Customer Copy

026631717

Date 07/07/2015

Remitter SHUMAKER LOOP & KENDRICK LLP

Pay To The Order Of  LUCAS COUNTY TREASURER

$ 438,502.96  ***

Drawer: KeyBank

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

FORM NO. 80-0811-T21 (4/08)

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**OFFICIAL CHECK**

026631717   62-20/311

Date 07/07/2015

332 - Superior
Toledo, Ohio

Remitter SHUMAKER LOOP & KENDRICK LLP

$ 438,502.96  ***

Pay To The Order Of  LUCAS COUNTY TREASURER

Pay: FOUR HUNDRED THIRTY EIGHT THOUSAND FIVE HUNDRED TWO DOLLARS AND 96 CENTS

Drawer: KeyBank

Kidz real estae taxes and Case No TF 201501249
Issued by: Citibank N.A. One Penn's Way, New Castle, DE 19720
For information about this instrument, call 1-888-556-5142

AUTHORIZED SIGNATURE

⑈026631717⑈



Shumaker, Loop & Kendrick, LLP

000 Jackson Street    419.241.9000
Toledo, Ohio 43604-5573    419.241.6894 fax

www.slk-law.com

DAVID J. COYLE
419.321.1418
dcoyle@slk-law.com

July 7, 2015

**VIA HAND DELIVERY**

Clerk of Courts
Lucas County Court of Common Pleas
Attn: Bruce Brodbeck
     3rd Floor Clerk's Office
700 Adams Street
Toledo, OH 43604

    Re: *Wade Kapszukiewicz, as Treasurer of Lucas County, Ohio v. Kidz Real Estate Group, LLC, et al.*
        Lucas County Board of Revisions; Case No. G-4801-TF-0201501249-000
        **Our File No. 171018**

Dear Mr. Brodbeck:

    Enclosed is a certified check in the amount of $644.00 in payment of the court costs with regard to the above-captioned matter. The enclosed payment is being made by our client SB Spring, LLC.

                              Very truly yours,

                              David J. Coyle

DJC/aca
Enclosure

**OFFICIAL CHECK**     Customer Copy

332 - Superior
Toledo, Ohio

026631716
Date 07/07/2015

Remitter SHUMAKER LOOP & KENDRICK LLP

Pay To The Order Of    LUCAS COUNTY CLERK OF COMMON PLEAS     $ 644.00 ***

Drawer: KeyBank

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

FORM NO. 80-0811-T21 (4/08)

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

OFFICIAL CHECK    026631716   62-20/311    Date 07/07/2015

332 - Superior
Toledo, Ohio

Remitter SHUMAKER LOOP & KENDRICK LLP    $ 644.00 ***

Pay To The Order Of    LUCAS COUNTY CLERK OF COMMON PLEAS

Pay: SIX HUNDRED FORTY FOUR DOLLARS AND 00 CENTS

Drawer: KeyBank

Court Cost for Case No TF 201501249
Issued by: Citibank N.A. One Penn's Way, New Castle, DE 19720
For information about this instrument, call 1-888-556-5142

AUTHORIZED SIGNATURE

⑆026631716⑆