## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SB SPRING, LLC,<br>　　　　Plaintiff<br><br>　　v.<br><br>SKLAROV,<br>　　　　Defendant | )<br>)<br>)<br>) Case No. 15 C 7852<br>)<br>) Judge Elaine E. Bucklo<br>) |

### **ORDER**

　　Scheduling conference is set for 12/8/2015 at 9:30 a.m.  Report of the parties' planning meeting shall be filed by 12/4/2015.

Dated:  October 6, 2015　　　　　　　　　　　　/s/  Hon. Elaine E. Bucklo